1 | Wyeth E. Burrows (State Bar No. 203851)
Wburrows@wshblaw.com
2 | Steven J. Scordakis (State Bar No. 328752)
Sscordakis@wshblaw.com
3 | **WOOD, SMITH, HENNING & BERMAN LLP**
501 West Broadway, Suite 1200
4 | San Diego, California 92101
Phone: 619-849-4900 ♦ Fax: 619-849-4950
5 |

6 | Attorneys for Defendant, KNIGHT TRANSPORTATION, INC.

7 | **UNITED STATES DISTRICT COURT**

8 | **CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

9 |

10 | SIPRIANA NAVARRO,

11 |               Plaintiff,

12 |        v.

13 | KNIGHT TRANSPORTATION, INC.;
MELISSA PRATT; and DOES 1 TO
14 | 50, Inclusive,

15 |               Defendants.

Case No.

**DEFENDANT KNIGHT
TRANSPORTATION, INC.'S
NOTICE OF REMOVAL OF
ACTION TO FEDERAL COURT;
DECLARATION OF STEVEN J.
SCORDAKIS IN SUPPORT
THEREOF**

The Hon.:

Trial Date:          None Set

19 |    **TO THE CLERK FOR THE UNITED STATES DISTRICT COURT**

20 | **FOR THE CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION,**

21 | **AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

22 |    **PLEASE TAKE NOTICE** that based on the following allegations,

23 | Defendant KNIGHT TRANSPORTATION, INC. ("Moving Defendant"), hereby

24 | removes the above-referenced action from the Superior Court of the State of

25 | California, County of Riverside, to the United States District Court for the Central

26 | District of California – Eastern Division, pursuant to 28 U.S.C §§ 1332, 1441, 1446

27 | and Federal Rule of Civil Procedure Rule 81(c), based on diversity of citizenship

28 | jurisdiction.

16178951.1:10092-0090

## I.      TIMELINESS OF REMOVAL

1.      The action pending in the Superior Court the State of California , County of Riverside, <u>Sipriana Navarro v. Knight Transportation, Inc., Melissa Pratt and DOES 1 to 50</u>, Case No. RIC2003582, was commenced on September 9, 2020, by Plaintiff, SIPRIANA NAVARRO ("Plaintiff").  Plaintiff served Defendant KNIGHT TRANSPORTATION, INC. ("Moving Defendant"), with the Summons and Complaint in the Superior Court Action on November 4, 2020.  A true and correct copy of the pleadings and other papers served on Defendant KNIGHT TRANSPORTATION, INC. is attached hereto and marked as **Exhibit "A"**.  (*See*, attached *Declaration of Steven J. Scordakis ("Scordakis Decl.")* at ¶3).  At this time, Defendant MELISSA PRATT has not yet been served by Plaintiff.

2.      The Complaint in the state court is a civil action within the original diversity jurisdiction of the federal district courts under 28 U.S.C. § 1332(a) because there is complete diversity of citizenship between the litigants, and the amount in controversy exceeds $75,000.

3.      Plaintiff did not serve Moving Defendant for nearly two months. Plaintiff served the Moving Defendant on November 4, 2020.

4.      This Notice of Removal filed by Moving Defendant is timely because this filing occurred within 30 days of service on November 4, 2020.

5.      In compliance with 28 U.S.C. § 1446(a), attached hereto are true and correct copies of the Summons and Complaint, as well as the Civil Case Cover Sheet, Instructions on How to Complete the Cover Sheet, and the Certificate of Counsel (collectively, Exhibit "A") which are the only process, pleadings, and orders served on Moving Defendant in this action.

## II.     DIVERSITY JURISDICTION AND CONSENT TO REMOVAL

6.      Federal courts are courts of limited jurisdiction, having subject matter jurisdiction only over matters authorized by the Constitution and Congress. U.S. Const. art. III, § 2, cl. 1; *e.g., Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S.

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619-849-4900 ♦ FAX 619-849-4950

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619-849-4900 ♦ FAX 619-849-4950

375, 377 (1994).  A suit filed in state court may be removed to federal court if the federal court would have had original jurisdiction over the suit.  *28 U.S.C. § 1441(a)*.  The party seeking removal bears the burden of establishing federal jurisdiction.  *Durham v. Lockheed Martin Corp.*, 445 F.3d 1247, 1252 (9th Cir. 2006) (citing Gaus, 980 F.2d at 566).

7.     Federal courts have original jurisdiction over actions where there is diversity of citizenship among the parties.  *28 U.S.C. § 1332*.  Thus, a defendant may remove a case from a state court to a federal court based on diversity jurisdiction, with the consent of all Defendants named in the action.  To exercise diversity jurisdiction, a federal court must find complete diversity of citizenship among the adverse parties, and the amount in controversy must exceed $75,000, usually exclusive of interest and costs.  *28 U.S.C. § 1332(a)*.

8.     In the case at bar, the Moving Defendant may remove the Complaint and each alleged cause of action contained therein to federal court on the basis of diversity of citizenship jurisdiction, in that it is a civil action where the matter in controversy exceeds the sum of $75,000, exclusive of costs, and the matter is between citizens of different states.  *28 U.S.C. § 1332*.

9.     As of this writing, Defendant MELISSA PRATT has not yet been served with the summons and complaint in the underlying action.  However, she does consent to the removal of this matter to federal court.

## III.   PLAINTIFF'S CITIZENSHIP

10.     At the time this action was commenced, and since that time, Plaintiff, SIPRIANA NAVARRO, is an individual and a citizen of the State of California, County of Riverside, residing at 25187 Harker Lane, Moreno Valley, California 92551.  (*See*, *Scordakis Decl.* at ¶8).

## IV.   DEFENDANTS' CITIZENSHIP

11.     Pursuant to 28 U.S.C. § 1332(c), "a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has

its principal place of business."  At the time this action was commenced, and since

that time, Moving Defendant KNIGHT TRANSPORTATION, INC. is a

Corporation organized in the State of Arizona, with its principal place of business in

Phoenix, Arizona, making Moving Defendant a citizen of the State of Arizona.  A

true and correct copy of the California Secretary of State – Corporation Division -

Business Name Search findings for KNIGHT TRANSPORTATION, INC. is

attached as **Exhibit "B"**.  (*See*, *Scordakis Decl.* at ¶7).

12.     At the time this action was commenced, and since that time, Defendant

MELISSA PRATT is an individual whose address is 6567 East Calle Huerfaro,

Sahuarita, Arizona 85629, making her a citizen of the State of Arizona.

13.     The presence of DOE defendants in this case has no bearing on

diversity with respect to removal.  *See*, 28 U.S.C. § 1441(b) ("In determining

whether a civil action is removable on the basis of the jurisdiction under section

1332(a) of this title, the citizenship of defendants sued under fictitious names shall

be disregarded.")

## V.     <u>AMOUNT IN CONTROVERSY</u>

14.     While Defendants KNIGHT TRANSPORTATION, INC. and

MELISSA PRATT deny liability for Plaintiff's claims, the amount in controversy

requirement is satisfied here because it is "more likely than not" that the amount in

controversy in this personal injury action exceeds the jurisdictional limit of $75,000.

(*Sanchez v. Monumental Life Ins. Co.*, 95 F.3d 856, 862 (9th Cir. 1996).)

15.     Plaintiff filed an Unlimited Civil Case in California Superior Court

where the amount demanded exceeds $25,000, and she claims to have suffered

personal injuries and property damage, giving rise to damages.  (See Exhibit "A.")

16.     On September 6, 2019, Plaintiff's counsel sent a demand letter to

Moving Defendant stating that Plaintiff has suffered substantial injuries including

"persistent pain in her neck, upper back, lower back, left shoulder, and right ankle"

and that Plaintiff's vehicle sustained property damage as a result of the subject

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619-849-4900 ♦ FAX 619-849-4950

collision.  In the letter, Plaintiff's counsel made a clear and unequivocal demand to settle the matter for $250,000.  A true and correct copy of the Plaintiff's settlement demand letter is attached hereto and marked as **Exhibit "C"**.  (See *Scordakis Decl.* at ¶9).

17.    In support of the demand letter Plaintiff's counsel attached photographs of Plaintiff's vehicle after the subject collision and Plaintiff's medical records showing Plaintiff's medical treatment and bills up to June 14, 2019.  As of September 6, 2019, Plaintiff was alleging property damage in the amount of $15,650.68 and had already incurred $23,165.00 in total medical bills to date, with charges pending, as a result of the incident, and alleges future medical treatment costs will be incurred and necessary for her bodily injury claims.   Counsel for Moving Defendant defers lodging Plaintiff's actual medical records provided in support of the demand letter due to privacy concerns.

18.    Accordingly, Plaintiff's Complaint, Plaintiff's settlement demand, Plaintiff's property damage estimates, and Plaintiff's medical bills, as well as her allegations of future treatment, are sufficient evidence to establish that it is more likely than not that the amount in controversy exceeds the jurisdictional amount of $75,000, pursuant to 28 U.S.C. § 1332(a).

## VI.    NOTICE TO STATE COURT

19.    The Moving Defendant will promptly serve a true and correct copy of this Notice of Removal on Plaintiff and file it with the Clerk of the Superior Court of the State of California, County of Riverside, as required by law.

## VII.    CONCLUSION

20.    Because this action involves Defendants that are citizens of different states than Plaintiff, and the amount in controversy exceeds $75,000, it satisfies the requirements for removal under 28 U.S.C. §§ 1332(a) and 1441(a), and this Court has original jurisdiction.

21.    Because the state court action is one within the diversity jurisdiction of

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619-849-4900 ♦ FAX 619-849-4950

DEFENDANT KNIGHT TRANSPORTATION, INC.'S NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT; DECLARATION OF STEVEN J. SCORDAKIS IN SUPPORT THEREOF

1  the federal district courts, and all defendants consent to removal, the action is

2  removable to federal court under 28 U.S.C. § 1441(a) and (b) because no defendant

3  is a citizen of the State of California.

4      22.     Removal to this District Court is proper under 28 U.S.C. § 1441(a)

5  because the Superior Court of California for the County of Riverside is

6  geographically located within this court's district.

7      23.     Removal is timely under 28 U.S.C. § 1446(b) because this Notice of

8  Removal is filed within thirty (30) days of service of process of the Complaint

9  because Plaintiff served Moving Defendant on November 4, 2020.

10     WHEREFORE, Moving Defendant KNIGHT TRANSPORTATION, INC.

11  respectfully requests that the above action now pending before the Superior Court of

12  the State of California for the County of Riverside be removed to this Court.

13

14  DATED:  November 30, 2020          WOOD, SMITH, HENNING & BERMAN LLP

15

16                                     By:    _/s/ Wyeth E. Burrows_

17                                         WYETH E. BURROWS
                                           STEVEN J. SCORDAKIS
18                                     Attorney for Defendants, KNIGHT
                                       TRANSPORTATION, INC.

19

20

21

22

23

24

25

26

27

28

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619-849-4900 ♦ FAX 619-849-4950

16178951.1:10092-0090

DEFENDANT KNIGHT TRANSPORTATION, INC.'S NOTICE OF REMOVAL OF ACTION TO FEDERAL
COURT; DECLARATION OF STEVEN J. SCORDAKIS IN SUPPORT THEREOF

## DECLARATION OF STEVEN J. SCORDAKIS

I, Steven J. Scordakis, declare as follows:

1.     I am an attorney at law duly admitted to practice before the courts of the State of California.  I am an Associate with WOOD, SMITH, HENNING & BERMAN LLP, attorneys of record for Defendant KNIGHT TRANSPORTATION, INC.  I know the following facts to be true of my own knowledge, and if called to testify, I could competently do so.

2.     This Declaration is made in support of the Defendant KNIGHT TRANSPORTATION, INC.'S ("Moving Defendant's") Notice of Removal to Federal Court.

3.     Attached hereto as **Exhibit "A"** is a true and correct copy of Plaintiff SIPRIANA NAVARRO'S ("Plaintiff') Summons and Complaint, as well as the Civil Case Cover Sheet, Instructions on How to Complete the Cover Sheet, and the Certificate of Counsel.  These are the only pleadings and orders served upon Defendant KNIGHT TRANSPORTATION, INC. in this action to date.

4.     Plaintiff filed her Complaint on September 9, 2020.

5.     Defendant, KNIGHT TRANSPORTATION, INC. was served with the Summons and Complaint in this case on November 4, 2020.

6.     Defendant MELISSA PRATT ("Ms. Pratt"), is now, and was at the time of the filing of this action, a citizen of a State other than California.  Ms. Pratt is a citizen of the State of Arizona.

7.     Defendant KNIGHT TRANSPORTATION, INC. is now, and was at the time of the filing of this action, a citizen of a State other than California because it is a corporation organized under the laws of the State of Arizona, with its principal place of business in Phoenix, Arizona.  On November 24, 2020 I performed internet research and utilizing the California Secretary of State website where KNIGHT TRANSPORTATION, INC. is identified as an Active corporation legally operating as a business in Phoenix, Arizona.  Attached hereto as **Exhibit "B"** is a copy of the

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619-849-4900 ♦ FAX 619-849-4950

1  California Secretary of State – Corporation Division - Business Name Search
2  findings for KNIGHT TRANSPORTATION, INC.

3        8.      To the best of my knowledge, Plaintiff SIPRIANA NAVARRO is now,
4  and was at the time of the filing of this action, a citizen of the State of California
5  because Plaintiff's last known address is 25187 Harker Lane, Moreno Valley,
6  California 92551.

7        9.      Attached hereto as **Exhibit "C"** is a true and correct copy of the
8  Plaintiff's settlement demand letter dated September 6, 2019.

9        I declare under penalty of perjury under the laws of the United States of
10  America that the foregoing is true and correct.

11        Executed November 30, 2020, at San Diego, California.

12

13                             */ s /  **Steven J. Scordakis***
14                                 Steven J. Scordakis

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619-849-4900 ♦ FAX 619-849-4950

16178951.1:10092-0090

DEFENDANT KNIGHT TRANSPORTATION, INC.'S NOTICE OF REMOVAL OF ACTION TO FEDERAL
COURT; DECLARATION OF STEVEN J. SCORDAKIS IN SUPPORT THEREOF

# EXHIBIT A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

KNIGHT TRANSPORTATION, INC., MELISSA PRATT, and DOES 1
to 50, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

SIPRIANA NAVARRO

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**FILED**
Superior Court of California
County of Riverside
9/9/2020
M. Preciado
Electronically Filed

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Riverside County Superior Court

4050 Main Street
Riverside, CA 92501

CASE NUMBER:
*(Número del Caso):* **RIC2003582**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Hussein H. Saleh; The Dominguez Firm 3250 Wilshire Blvd. Suite 2200 Los Angeles, CA (213) 388-7788

DATE: **9/9/2020**
*(Fecha)*

Clerk, by _____, Deputy
*(Secretario)*                        *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☑ on behalf of *(specify):* KNIGHT TRANPORATION

    under: ☑ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
           ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
           ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
           ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

PL   PI   1

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Hussein H. Saleh, Esq. (SBN 275050)
THE DOMINGUEZ FIRM
3250 Wilshire Blvd. Suite 2200
Los Angeles, CA 90010
TELEPHONE NO: (213) 388-7788     FAX NO. *(Optional)*: (213) 388-9540
E-MAIL ADDRESS *(Optional)*: hussein.saleh@dominguezfirm.com
ATTORNEY FOR *(Name)*: Plaintiff, Sipriana Navarro

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Riverside
STREET ADDRESS: 4050 Main Street
MAILING ADDRESS: 4050 Main Street
CITY AND ZIP CODE: Riverside, 92501
BRANCH NAME: RIVERSIDE HISTORIC COURTHOUSE

PLAINTIFF: SIPRIANA NAVARRO

DEFENDANT: KNIGHT TRANSPORTATION, INC., MELISSA PRATT, and
☑ DOES 1 TO  50,  inclusive

**FILED**
Superior Court of California
County of Riverside
9/8/2020
M    Riociado
Electronically Filed

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
☐ AMENDED *(Number):*
Type *(check all that apply):*
☑ MOTOR VEHICLE   ☐ OTHER *(specify):*
  ☑ Property Damage   ☐ Wrongful Death
  ☑ Personal Injury    ☐ Other Damages *(specify):*

Jurisdiction *(check all that apply):*
☐ ACTION IS A LIMITED CIVIL CASE
   Amount demanded   ☐ does not exceed $10,000
                     ☐ exceeds $10,000, but does not exceed $25,000
☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
   ☐ from limited to unlimited
   ☐ from unlimited to limited

CASE NUMBER:
**RIC2003582**

1. Plaintiff *(name or names):* SIPRIANA NAVARRO
   alleges causes of action against defendant *(name or names):*
   KNIGHT TRANSPORTATION, INC., MELISSA PRATT, and DOES 1 to 50
2. This pleading, including attachments and exhibits, consists of the following number of pages: F
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor  ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*
   b. ☐ except plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor  ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Code of Civil Procedure, §425.12
www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| NAVARRO v. KNIGHT TRANSPORTATION, INC., et al. | |

4. [ ] Plaintiff (name):
    is doing business under the fictitious name (specify):

    and has complied with the fictitious business name laws.
5. Each defendant named above is a natural person
    a. [✓] except defendant (name): Knight Transportation   c. [ ] except defendant (name):
        (1) [ ] a business organization, form unknown        (1) [ ] a business organization, form unknown
        (2) [✓] a corporation                                (2) [ ] a corporation
        (3) [ ] an unincorporated entity (describe):         (3) [ ] an unincorporated entity (describe):

        (4) [ ] a public entity (describe):                  (4) [ ] a public entity (describe):

        (5) [ ] other (specify):                             (5) [ ] other (specify):

    b. [ ] except defendant (name):                      d. [ ] except defendant (name):
        (1) [ ] a business organization, form unknown        (1) [ ] a business organization, form unknown
        (2) [ ] a corporation                                (2) [ ] a corporation
        (3) [ ] an unincorporated entity (describe):         (3) [ ] an unincorporated entity (describe):

        (4) [ ] a public entity (describe):                  (4) [ ] a public entity (describe):

        (5) [ ] other (specify):                             (5) [ ] other (specify):

    [ ] Information about additional defendants who are not natural persons is contained in Attachment 5.
6. The true names of defendants sued as Does are unknown to plaintiff.
    a. [✓] Doe defendants (specify Doe numbers): 1 to 50 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
    b. [✓] Doe defendants (specify Doe numbers): 1 to 50 _____ are persons whose capacities are unknown to plaintiff.
7. [ ] Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
    a. [ ] at least one defendant now resides in its jurisdictional area.
    b. [ ] the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
    c. [✓] injury to person or damage to personal property occurred in its jurisdictional area.
    d. [ ] other (specify):

9. [ ] Plaintiff is required to comply with a claims statute, and
    a. [ ] has complied with applicable claims statutes, or
    b. [ ] is excused from complying because (specify):

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| THE DOMINGUEZ FIRM<br>Hussein H. Saleh, Esq. SBN 275050<br>3250 Wilshire Blvd, Suite 2200<br>Los Angeles, CA 90010<br>TELEPHONE NO.: (213) 388-7788     FAX NO.: (213) 388-9540<br>ATTORNEY FOR (Name): Plaintiff, Sipriana Navarro | **FILED**<br>Superior Court of California<br>County of Riverside<br>9/9/2020<br>M. Preciado<br>Electronically Filed |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Riverside
STREET ADDRESS: 4050 Main Street
MAILING ADDRESS: 4050 Main Street
CITY AND ZIP CODE: Riverside, 92501
BRANCH NAME: RIVERSIDE HISTORIC COURTHOUSE

CASE NAME:
NAVARRO v. KNIGHT TRANSPORTATION, INC., et al.

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| [✓] Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | [ ] Limited<br>(Amount<br>demanded is<br>$25,000 or less) | [ ] Counter    [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | JUDGE:<br><br>DEPT: | RIC2003582 |

*Items 1–6 below must be completed (see instructions on page 2).*

**1. Check one box below for the case type that best describes this case:**

**Auto Tort**
[✓] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [ ] is [✓] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [✓] monetary   b. [ ] nonmonetary; declaratory or injunctive relief   c. [ ] punitive
4. Number of causes of action (specify): Two
5. This case [ ] is [✓] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related cases. (You may use form CM-015.)

Date: September 1, 2020
Hussein H. Saleh, Esq.
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)—Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non- domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non- harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Page 2 of 2

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE**

☐ BANNING 311 E. Ramsey St., Banning, CA 92220
☐ BLYTHE 265 N. Broadway, Blythe, CA 92225
☐ CORONA 505 S. Buena Vista, Rm. 201, Corona, CA 92882
☐ HEMET 880 N. State St., Hemet, CA 92543
☐ MORENO VALLEY 13800 Heacock St., Ste. D201, Moreno Valley, CA 92553

☐ MURRIETA 30755-D Auld Rd., Suite 1226, Murrieta, CA 92563
☐ PALM SPRINGS 3255 E. Tahquitz Canyon Way, Palm Springs, CA 92262
☒ RIVERSIDE 4050 Main St., Riverside, CA 92501
☐ TEMECULA 41002 County Center Dr., #100, Temecula, CA 92591

RI-CI032

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar Number and Address)*
Hussein H. Saleh (SBN 275050)
The Dominguez Firm
3250 Wilshire Blvd. Suite 2200
Los Angeles, CA 90010
TELEPHONE NO: 213-388-7788     FAX NO. *(Optional)*:
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: Plaintiff, Sipriana Navarro

*FOR COURT USE ONLY*

**FILED**
Superior Court of California
County of Riverside
9/9/2020
M. Preciado
Electronically Filed

PLAINTIFF/PETITIONER: SIPRÍANA NAVARRO

DEFENDANT/RESPONDENT: KNIGHT TRANSPORTATION, INC., et al.

CASE NUMBER: **RIC2003582**

**CERTIFICATE OF COUNSEL**

The undersigned certifies that this matter should be tried or heard in the court identified above for the reasons specified below:

☒ The action arose in the zip code of: _____92507_____

☐ The action concerns real property located in the zip code of: _____

☐ The Defendant resides in the zip code of: _____

For more information on where actions should be filed in the Riverside County Superior Courts, please refer to Local Rule 1.0015 at www.riverside.courts.ca.gov.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date   September 1, 2020

_____                    ▶ _____
Hussein H. Saleh                                                                                              (SIGNATURE)
(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY MAKING DECLARATION)

Approved for Mandatory Use
Riverside Superior Court
RI-CI032  [Rev. 08/15/13]
(Reformatted 01/07/19)

**CERTIFICATE OF COUNSEL**

Page 1 of 1
Local Rule 1.0015
riverside.courts.ca.gov/localfirms/localfirms.shtml

# EXHIBIT B

**Alex Padilla**
**California Secretary of State**

 # Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Monday, November 23, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C1650805    KNIGHT TRANSPORTATION, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS ARIZONA KNIGHT TRANSPORTATION, INC.

| | |
|---|---|
| **Registration Date:** | 10/17/1989 |
| **Jurisdiction:** | ARIZONA |
| **Entity Type:** | FOREIGN STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | **C T CORPORATION SYSTEM (C0168406)** |
| | To find the most current California registered Corporate Agent for Service of Process address and authorized employee(s) information, click the link above and then select the most current 1505 Certificate. |
| **Entity Address:** | 20002 N. 19TH AVENUE PHOENIX AZ 85027 |
| **Entity Mailing Address:** | 20002 N. 19TH AVENUE PHOENIX AZ 85027 |

🛒 **Certificate of Status**

A Statement of Information is due EVERY year beginning five months before and through the end of October.

| Document Type ⬍ | File Date ⬇ | PDF |
|---|---|---|
| SI-NO CHANGE | 05/08/2019 | |
| PUBLICLY TRADED DISCLOSURE | 08/31/2015 | |
| SI-COMPLETE | 05/14/2015 | |
| PUBLICLY TRADED DISCLOSURE | 06/20/2014 | |
| PUBLICLY TRADED DISCLOSURE | 09/29/2006 | |
| PUBLICLY TRADED DISCLOSURE | 07/18/2005 | |
| PUBLICLY TRADED DISCLOSURE | 06/26/2004 | Image unavailable. Please request paper copy. |
| AMENDED REGISTRATION | 08/05/1992 | |

| Document Type ⇅ | File Date ⬇ | PDF |
|---|---|---|
| REGISTRATION | 10/17/1989 | |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

<div style="display:flex; gap:20px;">

**Modify Search**     **New Search**     **Back to Search Results**

</div>

# EXHIBIT C



# THE DOMINGUEZ FIRM LLP

September 6, 2019

***Via U.S. Certified Mail with Return Receipt***
***Via Email to bess.padilla@knighttrans.com***
Knight Transportation
2200 S. 75th Ave.
Phoenix, AZ 85043

Attention: Bess Padilla

Re:  Our Client:  Sipriana Martiza Navarro
     Your Insured:  Knight Transportation (insured)
                    Melissa Jean Pratt (driver)
     Claim Number:  1190223021639
     Date of Incident:  February 23, 2019
     **SETTLEMENT DEMAND:**  **$250,000.00**
     **EXPIRATION OF DEMAND:**  **OCTOBER 7, 2019 AT 5:00 PM**

Dear Ms. Padilla:

The Dominguez Firm represents Sipriana Martiza Navarro in connection with her claim for personal injuries arising out of the above-referenced date. This letter constitutes our formal demand for full and final resolution of this claim for $250,000.00.

In this letter, we have included detailed information regarding facts of the incident and the extent of our client's damages. It is provided for the sole purpose of assisting you in understanding and evaluating our client's claim, and nothing contained herein shall be deemed as an admission of any fact or waiver of any of our client's rights or remedies, whether at law or in equity. All of our client's rights and remedies are hereby expressly reserved.

## LIABILITY

Liability in this case is not an issue. Your insured was the cause of this collision, which occurred on Interstate 215, near Fair Isle Drive, in the City of Riverside, California. Our client was traveling southbound on Interstate 215 when **your insured**, **traveling in the left-adjacent lane, initiated an unsafe lane change and consequently collided into our client's vehicle.**

California Vehicle Code section 22107 – Basic Speed Law – states:

> *No person shall turn a vehicle from a direct course or move right or left upon a roadway until such movement can be made with reasonable safety and then only after the giving of an appropriate signal in the manner provided in this chapter in the event any other vehicle may be affected by the movement.*

**By violating California Vehicle Code section 22107, your insured was the direct cause of this collision.**

*Navarro, Sipriana Martiza Demand letter*
*September 6, 2019*
*Page 2*

Please **see the enclosed property damage photographs** which attest to the severity of impact and demonstrate the biomechanics involved in this incident.

## DAMAGES

Shortly after the incident, Ms. Navarro developed persistent pain in her neck, upper back, lower back, left shoulder, and right ankle. She presented herself to Cedarpointe Medical Group where she was evaluated and submitted to X-rays of the lumbar and cervical spine. She was subsequently placed on a course of conservative chiropractic treatment and physiotherapy.

During the course of her treatment, Ms. Navarro travelled to El Salvador. Due to persistent pain abroad, she was examined by Dr. Jorge A. Orellana and prescribed medication for her pain. The report and billing for this treatment are pending at this time.

Upon her return, Ms. Navarro was referred to Rancho Open MRI for an MRI study of her lumbar spine; the study revealed the following:

MRI of the lumbar spine:
1. L2-L3: **2.7mm disc protrusion** with narrowing of the bilateral neural foramen.
2. L3-L4: **2.3mm disc protrusion** with narrowing of the bilateral lateral recess and bilateral neural foramen.
3. L4-L5: **5.0mm disc protrusion** with narrowing of the bilateral lateral recess and bilateral neural foramen.
4. L5-L6: **9.3mm disc protrusion** with anterolisthesis. Spinal canal narrowing, bilateral neural foraminal narrowing, and bilateral lateral recess stenosis.

Based on the findings, and due to ongoing pain, Ms. Navarro sought care with pain management specialist Ziyad Kattih, M.D. at Haven Orthopedics and Spine Institute. Dr. Kattih evaluated Ms. Navarro, reviewed the prior diagnostics, and recommended Ms. Navarro undergo a **lumbar spine epidural steroid injection.**

On May 16, 2019, Ms. Navarro underwent a **lumbar spine epidural steroid injection at the L4-L5 level.** The preoperative diagnoses were as follows:

1. Lumbar spine radiculopathy.
2. Lumbar spine disc herniation.

The following procedures were performed:

1. Lumbar spine epidural steroid injection (LESI) to the L4-L5 level.

The postoperative diagnoses were the same as above. Ms. Navarro tolerated the procedure well and was ultimately discharged.

On June 14, 2019, Ms. Navarro returned to Haven Orthopedics and Spine Institute and underwent her second **lumbar spine transforaminal epidural steroid injection.** The preoperative diagnoses were as follows:

1. Lumbar spine radiculopathy.

*Navarro, Sipriana Martiza Demand letter*
*September 6, 2019*
*Page 3*

    2.  Lumbar spine disc herniation.

The following procedures were performed:

    1.  Lumbar spine transforaminal epidural steroid joint injection (TFESI), left L4-L5 and L5-S1 epidural space(s).

The postoperative diagnoses were the same as above.

Ms. Navarro's treatment with Dr. Kattih is currently ongoing.

### Future Medical Specials

To date, Ms. Navarro has undergone **two (2) lumbar epidural steroid joint injections**. These injections are typically administered in a series of three over the course of a year. Dr. Kattih has recommended Ms. Navarro undergo the remaining injections in the series for maximal pain relief. **The approximate cost for each injection is approximately $15,000.00, including surgeon's fees, facility fees and anesthesia.** Ms. Navarro is currently scheduling the recommended injections.

### Property Damage Claim

Please find enclosed an estimate for $15,650.68 from State Farm Insurance for the damages caused to Ms. Navarro's vehicle. Please contact Irvin Sanchez in this office to resolve the property damage portion of this claim.

As a result of the collision caused by you insured, Ms. Navarro has incurred reasonable medical expenses. Please find the following medical records and expenses enclosed with this letter.

| | |
|---|---|
| Cedarpointe Medical Group | $3,460.00 |
| Rancho Open MRI | $560.00 |
| Expert MRI | $1,695.00 |
| Haven Orthopedics & Spine Institute | $17,450.00 |
| Jorge A. Orellana, M.D. | Pending |
| **Total Medical Specials to Date:** | **$23,165.00 & Pending** |
| **Future Medical Specials:** | **$30,000.00** |
| **TOTAL MEDICAL SPECIALS:** | **$53,165.00 & Pending & Ongoing** |

## CONCLUSION

To rule out Proposition 213, our client was insured at the time of the collision with State Farm Insurance. The claim number associated with this incident is 75-7794-W43. The adjuster can be reached at (480) 842-4388.

This offer is conditioned upon:

    1.  Your notifying us in writing of your acceptance prior to expiration of the time stated below;

*Navarro, Sipriana Martiza Demand letter*
*September 6, 2019*
*Page 4*

2.  Your furnishing us with the proposed release and other closing papers for our review within ten (10) days thereafter; and

3.  A prompt exchange of the settlement draft for fully executed release and settlement documents following our review and approval thereof.

We have enclosed herewith information that will assist you in the evaluation of this claim. We therefore believe that you are in a position to act promptly upon this demand.

If the above matter settles per the above conditions precedent within thirty (30) days from the date of this letter, i.e., **by OCTOBER 7, 2019, at 5:00 PM**, then our client hereby agrees to remain responsible for any and all liens of any kind, known or unknown.

Kindly contact Irvin Sanchez in writing or via email at irvin.sanchez@dominguezfirm.com or by phone at (213) 388-7788 ext. 209 at your earliest convenience once you have reviewed this matter so that you may discuss settlement and resolution of this case.


THE DOMINGUEZ FIRM, LLP



Hussein H. Saleh, Esq.

HHS/bg
*Encl.*





















# CEDARPOINTE
## MEDICAL GROUP

23470 Olive Wood Plaza Dr. Ste 150 Moreno Valley CA 92553
Tel: (951) 247-4976;  Fax: (951) 242-6168

### ITEMIZED BILLING STATEMENT

**Name of Patient:**   **NAVARRO, SIPRIANA**
**Date of Injury:**   **February 23, 2019**
**Diagnoses:**   **M99.01, S13.4XXA, M54.2, M53.1, M54.12, M99.02,**
**S23.3XXA, M54.6, M99.03, S33.5XXA, M54.5, M54.16,**
**S43.402A, S93.401A, F43.0,R42, G47.9**

| DATE OF SERVICE | CPT CODE | DESCRIPTION OF SERVICE | CHARGES |
|---|---|---|---|
| 03/01/19 | 99203 | INITIAL EVALUATION | $ 250.00 |
| 03/04/19 | 97124 | THERAPEUTIC MASSAGE | $ 30.00 |
| | 97014 | MUSCLE STIMULATION | $ 30.00 |
| | 97140-59 | MYOFASCIAL RELEASE | $ 50.00 |
| | 98940 | CHIROPRACTIC MANIPULATION 1-2 R | $ 50.00 |
| 03/06/19 | 97012 | INTERSEGMENTAL TRACTION | $ 30.00 |
| | 97014 | MUSCLE STIMULATION | $ 30.00 |
| | 97140-59 | MYOFASCIAL RELEASE | $ 50.00 |
| | 98940 | CHIROPRACTIC MANIPULATION 1-2 R | $ 50.00 |
| 03/18/19 | 97124 | THERAPEUTIC MASSAGE | $ 30.00 |
| | 97014 | MUSCLE STIMULATION | $ 30.00 |
| | 97140-59 | MYOFASCIAL RELEASE | $ 50.00 |
| | 98940 | CHIROPRACTIC MANIPULATION 1-2 R | $ 50.00 |
| 03/20/19 | 97124 | THERAPEUTIC MASSAGE | $ 30.00 |
| | 97014 | MUSCLE STIMULATION | $ 30.00 |
| | 97140-59 | MYOFASCIAL RELEASE | $ 50.00 |
| | 98940 | CHIROPRACTIC MANIPULATION 1-2 R | $ 50.00 |
| 03/22/19 | 97014 | MUSCLE STIMULATION | $ 30.00 |
| | 97124 | THERAPEUTIC MASSAGE | $ 30.00 |
| 03/27/19 | 97012 | INTERSEGMENTAL TRACTION | $ 30.00 |

Name of Patient:      **NAVARRO, SIPRIANA**
Date of Injury:       **February 23, 2019**
Diagnoses:            **M99.01, S13.4XXA, M54.2, M53.1, M54.12, M99.02,**
                      **S23.3XXA, M54.6, M99.03, S33.5XXA, M54.5, M54.16,**
                      **S43.402A, S93.401A, F43.0,R42, G47.9**

| DATE OF SERVICE | CPT CODE | DESCRIPTION OF SERVICE | CHARGES |
|---|---|---|---|
| | 97014 | MUSCLE STIMULATION | $ 30.00 |
| | 97140-59 | MYOFASCIAL RELEASE | $ 50.00 |
| | 98940 | CHIROPRACTIC MANIPULATION 1-2 R | $ 50.00 |
| 03/28/19 | 97012 | INTERSEGMENTAL TRACTION | $ 30.00 |
| | 97014 | MUSCLE STIMULATION | $ 30.00 |
| 03/29/19 | 97012 | INTERSEGMENTAL TRACTION | $ 30.00 |
| | 97014 | MUSCLE STIMULATION | $ 30.00 |
| | 97140-59 | MYOFASCIAL RELEASE | $ 50.00 |
| | 98940 | CHIROPRACTIC MANIPULATION 1-2 R | $ 50.00 |
| 04/01/19 | 97012 | INTERSEGMENTAL TRACTION | $ 30.00 |
| | 97014 | MUSCLE STIMULATION | $ 30.00 |
| 04/03/19 | 99212 | RE EVALUATION | $ 125.00 |
| | 97012 | INTERSEGMENTAL TRACTION | $ 30.00 |
| | 97014 | MUSCLE STIMULATION | $ 30.00 |
| | 98940 | CHIROPRACTIC MANIPULATION 1-2 R | $ 50.00 |
| 04/08/19 | 97012 | INTERSEGMENTAL TRACTION | $ 30.00 |
| | 97014 | MUSCLE STIMULATION | $ 30.00 |
| | 98940 | CHIROPRACTIC MANIPULATION 1-2 R | $ 50.00 |
| 04/11/19 | 97110 | THERAPEUTIC EXERCISES | $ 30.00 |
| | 97012 | INTERSEGMENTAL TRACTION | $ 30.00 |
| | 97014 | MUSCLE STIMULATION | $ 30.00 |
| 04/15/19 | 97110 | THERAPEUTIC EXERCISES | $ 30.00 |
| | 97012 | INTERSEGMENTAL TRACTION | $ 30.00 |
| | 97014 | MUSCLE STIMULATION | $ 30.00 |
| | 98940 | CHIROPRACTIC MANIPULATION 1-2 R | $ 50.00 |
| 04/18/19 | 97110 | THERAPEUTIC EXERCISES | $ 30.00 |
| | 97012 | INTERSEGMENTAL TRACTION | $ 30.00 |
| | 97014 | MUSCLE STIMULATION | $ 30.00 |
| 04/22/19 | 97110 | THERAPEUTIC EXERCISES | $ 30.00 |

Name of Patient:     **NAVARRO, SIPRIANA**
Date of Injury:      **February 23, 2019**
Diagnoses:           **M99.01, S13.4XXA, M54.2, M53.1, M54.12, M99.02,**
                     **S23.3XXA, M54.6, M99.03, S33.5XXA, M54.5, M54.16,**
                     **S43.402A, S93.401A, F43.0,R42, G47.9**

| DATE OF SERVICE | CPT CODE | DESCRIPTION OF SERVICE | CHARGES |
|---|---|---|---|
| | 97012 | INTERSEGMENTAL TRACTION | $ 30.00 |
| | 97014 | MUSCLE STIMULATION | $ 30.00 |
| | 98940 | CHIROPRACTIC MANIPULATION 1-2 R | $ 50.00 |
| 04/25/19 | 97110 | THERAPEUTIC EXERCISES | $ 30.00 |
| | 97012 | INTERSEGMENTAL TRACTION | $ 30.00 |
| | 97014 | MUSCLE STIMULATION | $ 30.00 |
| 05/01/19 | 97110 | THERAPEUTIC EXERCISES | $ 30.00 |
| | 97012 | INTERSEGMENTAL TRACTION | $ 30.00 |
| | 98940 | CHIROPRACTIC MANIPULATION 1-2 R | $ 50.00 |
| 05/03/19 | 97110 | THERAPEUTIC EXERCISES | $ 30.00 |
| | 97012 | INTERSEGMENTAL TRACTION | $ 30.00 |
| | 97026 | INFRARED LIGHT | $ 30.00 |
| 05/06/19 | 99212 | RE EVALUATION | $ 125.00 |
| | 97110 | THERAPEUTIC EXERCISES | $ 30.00 |
| | 97012 | INTERSEGMENTAL TRACTION | $ 30.00 |
| | 97014 | MUSCLE STIMULATION | $ 30.00 |
| 05/17/19 | 97110 | THERAPEUTIC EXERCISES | $ 30.00 |
| | 97012 | INTERSEGMENTAL TRACTION | $ 30.00 |
| | 98940 | CHIROPRACTIC MANIPULATION 1-2 R | $ 50.00 |
| 05/23/19 | 97110 | THERAPEUTIC EXERCISES | $ 30.00 |
| | 97012 | INTERSEGMENTAL TRACTION | $ 30.00 |
| | 98940 | CHIROPRACTIC MANIPULATION 1-2 R | $ 50.00 |
| 06/03/19 | 97110 | THERAPEUTIC EXERCISES | $ 30.00 |
| | 97012 | INTERSEGMENTAL TRACTION | $ 30.00 |
| | 97014 | MUSCLE STIMULATION | $ 30.00 |
| | 98940 | CHIROPRACTIC MANIPULATION 1-2 R | $ 50.00 |
| 06/12/19 | 99213 | FINAL EVALUATION | $ 200.00 |
| | 99080 | NARRATIVE MEDICAL REPORT | $ 200.00 |

| Name of Patient: | NAVARRO, SIPRIANA |
| Date of Injury: | February 23, 2019 |
| Diagnoses: | M99.01, S13.4XXA, M54.2, M53.1, M54.12, M99.02, |
| | S23.3XXA, M54.6, M99.03, S33.5XXA, M54.5, M54.16, |
| | S43.402A, S93.401A, F43.0,R42, G47.9 |

| DATE OF SERVICE | CPT CODE | DESCRIPTION OF SERVICE | CHARGES |
| --- | --- | --- | --- |
| | | **TOTAL CHARGES** | **$ 3,460.00** |

**Make Payable To:**

CEDAR POINTE MEDICAL GROUP
235 N. LAUREL AVENUE
ONTARIO, CA 91762

Tax ID#: 81-3973490



# CEDARPOINTE
## MEDICAL GROUP

June 12, 2019

**THE DOMINGUEZ FIRM**
**3250 Wilshire Blvd. Suite 2200**
**Los Angeles, CA 90010**

| | |
|---|---|
| **RE:** | **NAVARRO, SIPRIANA** |
| **DOB:** | **JUNE 27, 1975** |
| **DOI:** | **FEBRUARY 23, 2019** |
| **DOIE:** | **MARCH 01, 2019** |
| **DOLE:** | **JUNE 12, 2019** |

## INITIAL AND FINAL CHIROPRACTIC REPORT

To Whom It May Concern:

The above-captioned patient was examined in this office for the first time on March 01, 2019 for evaluation and treatment of injuries she sustained as the result of a motor vehicle accident, which occurred on February 23, 2019.  The following represents the history as related by the patient, findings on initial examination, course of recommended treatment, diagnoses, and prognosis.

## HISTORY OF INJURY/ILLNESS (AS RELATED BY THE PATIENT):

According to the patient, she was a restrained driver of a vehicle that was involved in a left-side collision. The patient reported driving on the freeway at approximately 60 miles per hour when a semitruck merged into her lane colliding with the driver side of her vehicle. Police arrived at the scene of the accident and a report was filed. The patient presented to this clinic for initial evaluation and treatment of her accident-related injuries.

## SUBJECTIVE COMPLAINTS:

The patient's chief complaints at the time of initial evaluation included:

1. Nervousness.  She described nervousness as frequent and moderate.
2. Anxiety.  She described frequent and moderate episodes of anxiety.
3. Neck pain. She described the pain as constant and moderate to severe radiating to left arm.

23470 Olive Wood Plaza Dr #150, Moreno Valley, CA 92553*Tel:(951) 247-4976 Fax:(951) 242-6168

RE:  NAVARRO, SIPRIANA                                                               Page 2
DOI:  FEBRUARY 23, 2019

4.  Upper back pain. She described the pain as constant and severe in intensity.
5.  Low back pain. She described the pain as constant and severe radiating to both posterior legs.
6.  Left shoulder pain. She described the pain as frequent to constant and moderate in intensity.
7.  Right ankle pain. She described the pain as occasional and moderate in intensity.
8.  Sleep disturbances due to pain.

## PAST MEDICAL HISTORY:

The patient past medical history is remarkable for diabetes mellitus. She reported a prior motor vehicle accident in 2002 without any residual symptoms. She underwent a cholecystectomy surgery. The patient has no known allergies. Family history is remarkable for cancer and hypertension. Patient is taking prescribed medication for current condition and over the counter medication for pain.

## INITIAL PHYSICAL EXAMINATION:

### GENERAL APPEARANCE:

The patient is a well-developed 43-year-old female, who was alert, cooperative and in mild to moderate distress throughout the examination.  Gait and ambulation were normal. She is 5' 5" tall and weighed 182 pounds.

### VITALS:

| | |
|---|---|
| Blood Pressure: | 107/64 mmHg |
| Pulse Rate: | 79 per minute |
| Temperature: | 98.2 degrees Fahrenheit |

### HEAD:

Examination of the head revealed no signs of external injury.  Head was normocephalic.

### SKIN:

Examination of the skin revealed bruise to her nose and upper lips.

### *MUSCULOSKELETAL EXAMINATION:*

### CERVICAL SPINE:

Inspection revealed no head tilting or antalgic positioning of the cervical spine.  Examination of the cervical spine revealed moderately severe tenderness over midline of the C2 to C7 spinous processes. Palpation of the posterior soft tissues revealed moderately severe tenderness and myospasm bilaterally over the suboccipital and upper trapezius muscles. There is numbness to the left arm.  Cervical spine range of motion was as follows:

|                | Measurement | Normal |
|----------------|-------------|--------|

RE: NAVARRO, SIPRIANA                                                    Page 3
DOI: FEBRUARY 23, 2019

| | | |
|---|---|---|
| Flexion: | 40 degrees* | 50 degrees |
| Extension: | 60 degrees* | 60 degrees |
| Right lateral bending: | 35 degrees* | 45 degrees |
| Left lateral bending: | 20 degrees* | 45 degrees |
| Right rotation: | 70 degrees* | 80 degrees |
| Left rotation: | 70 degrees* | 80 degrees |

*elicited pain

Orthopedic Testing:

| | |
|---|---|
| Compression Test: | Positive, bilaterally. |
| Distraction Test: | Positive, bilaterally. |

THORACIC SPINE:

Inspection of the thoracic spine revealed normal kyphosis with no evidence of scoliotic curvature.  Examination of the thoracic spine revealed moderately severe tenderness upon palpation over midline of the T1-T10 spinous processes.  Palpation of the thoracic paraspinals and paravertebral muscles revealed moderately severe tenderness and myospasm bilaterally. Thoracic spine range of motion was as follows:

| | Measurement | Normal |
|---|---|---|
| Flexion: | 50 degrees* | 60 degrees |
| Extension: | 15 degrees* | 25 degrees |
| Right lateral bending: | 20 degrees* | 25 degrees |
| Left lateral bending: | 20 degrees* | 25 degrees |
| Right rotation: | 30 degrees* | 45 degrees |
| Left rotation: | 30 degrees* | 45 degrees |

*elicited pain

Orthopedic Testing:

| | |
|---|---|
| Soto-Hall Test: | Positive. |

LUMBAR SPINE:

Inspection of the lumbar spine revealed lordotic curvature with no scoliosis noted, nor was there antalgic positioning.  Examination of the lumbar spine revealed severe tenderness over midline of the L1 to L5 spinous processes. Palpation of the lumbar paraspinal and paravertebral muscles revealed severe tenderness and myospasm bilaterally. There is numbness and tingling posterior bilateral legs. Lumbar spine range of motion was as follows:

| | Measurement | Normal |
|---|---|---|
| Flexion: | 40 degrees | 60 degrees |

RE: NAVARRO, SIPRIANA                                          Page 4
DOI: FEBRUARY 23, 2019

| | | |
|---|---|---|
| Flexion: | 40 degrees | 60 degrees |
| Extension: | 10 degrees | 25 degrees |
| Right lateral bending: | 15 degrees | 25 degrees |
| Left lateral bending: | 15 degrees | 25 degrees |
| Right rotation: | 30 degrees | 45 degrees |
| Left rotation: | 30 degrees | 45 degrees |

Orthopedic Testing:

| | |
|---|---|
| Kemp's Test: | Positive, bilaterally. |
| Straight leg Raise Test: | Positive, bilaterally. |

## *UPPER EXTREMITIES:*

### LEFT SHOULDER:

Inspection of the shoulders revealed symmetry without elevation bilaterally. Examination of the left shoulder revealed moderate to severe tenderness upon palpation of the rotator cuff and trapezius muscles. There was moderate to severe myospasm on palpation of the left shoulder. Shoulder range of motion was as follows:

| | Normal | Left |
|---|---|---|
| Flexion: | 180 degrees | 160 degrees |
| Extension: | 50 degrees | 40 degrees |
| Abduction: | 180 degrees | 150 degrees |
| Adduction: | 50 degrees | 40 degrees |
| External Rotation: | 90 degrees | 45 degrees |
| Internal Rotation: | 90 degrees | 45 degrees |

Orthopedic Testing:

| | |
|---|---|
| Apley's Scratch Test: | Positive, left. |

## *LOWER EXTREMITIES:*

### RIGHT ANKLE:

Examination of right ankle revealed moderate tenderness to palpation over the anterolateral aspect. Right ankle range of motion was as follows:

| | Normal | Right |
|---|---|---|
| Dorsiflexion: | 20 degrees | 10 degrees |
| Plantar Flexion: | 50 degrees | 30 degrees |
| Forefoot Abduction: | 10 degrees | 10 degrees |

RE: NAVARRO, SIPRIANA                                                                          Page 5
DOI: FEBRUARY 23, 2019

| | | |
|---|---|---|
| Inversion: | 5 degrees | 5 degrees |
| Eversion: | 5 degrees | 5 degrees |

Orthopedic Testing:

Inversion Test:             Positive, right.

NEUROLOGICAL EXAMINATION:

The patient was fully conscious, alert, coherent, cooperative, and oriented to time, place, and person. The sensory nervous system was grossly intact. Motor functions appeared to be intact and normal bilaterally. Deep tendon reflexes were bilaterally equal and reactive at all points.

**RADIOGRAPHIC/DIAGNOSTIC EXAMINATION:**

1. **X-rays of the cervical spine was performed at Rancho Open MRI, on March 05, 2019 and interpreted by Thomas Andrew Herbold, M.D.**
   *Impression:*
   - *There is mild reversal of the normal lordosis centered at the C5-C6 level. This may represent muscle spasm. Consider an MRI for further evaluation.*

2. **X-rays of the lumbar spine was performed at Rancho Open MRI, on March 05, 2019 and interpreted by Thomas Andrew Herbold, M.D.**
   *Impression:*
   - *There is Grade II anterolisthesis of L5 over S1. There is severe disc space narrowing and facet hypertrophy at the L5-S1 level. There is likely pars defect at the L5-S1 level. Consider an MRI for further evaluation as clinically indicated.*

3. **MRI of the lumbar spine was performed at Expert MRI, on April 03, 2019 and interpreted by Adil Mazhar, M.D.**
   *Impression:*
   - *Grade II anterolisthesis of L5 on S1.*
   - *Exaggerated lumbar lordosis. This may reflect lumbar instability.*
   - *Modic type II endplate degenerative changes seen at L3 down through S1*
   - *Disc desiccation at L2-L3, L4-L5 and L5-S1. Moderate associated loss of disc height is seen at L5-S1.*
   - *L2-L3. A disc protrusion is identified. Disc material indents the thecal sac. This finding causes mild narrowing of the bilateral neural foramen. Annular fissure is identified. Disc deformity measures 2.7 mm.*
   - *L3-L4. A disc protrusion is identified. Disc material abuts the thecal sac. This finding causes mild narrowing of the bilateral lateral recess and bilateral neural foramen. Annular fissure is identified. Disc deformity measures 2.3 mm.*
   - *L4-L5. A disc protrusion is identified. Disc material indents the thecal sac. This finding causes mild narrowing of the bilateral lateral recess and bilateral*

RE: NAVARRO, SIPRIANA                                                  Page 6
DOI: FEBRUARY 23, 2019

> *neural foramen. Associated abutment on bilateral transiting nerve root is noted. Annular fissure is identified. Disc deformity measures 5.0 mm.*
> - *L5-S1. Anterolisthesis of L5 on S1 with associated uncovering of the disc and disc protrusion is identified. Disc material indents the thecal sac and causes moderate spinal canal narrowing. There is associated moderate to severe bilateral neural foraminal narrowing. Concurrent moderate to severe bilateral lateral recess stenosis is seen. There is compression of bilateral exiting nerve root. Associated compression of bilateral transiting nerve root is noted. Annular fissure is identified. Disc deformity measures 9.3 mm*

## SPECIALTY EVALUATIONS:

- Patient had Initial Pain Management at Haven Orthopedic & Spine Institute on **April 18, 2019 with Dr. Ziyad, Kattih, M.D.**
- Pain Management report with diagnosis and recommendations will be forwarded by Haven Orthopedic & Spine Institute at their earliest convenience.
- Contact information phone (951) 372-0000

## DIAGNOSES:

| | | |
|---|---|---|
| 1. | M99.01 | CERVICAL SEGMENTAL DYSFUNCTION |
| 2. | S13.4XXA | CERVICAL SPINE SPRAIN |
| 3. | M54.2 | CERVICAL SPINE PAIN |
| 4. | M53.1 | CERVICOBRACHAL SYNDROME |
| 5. | M54.12 | CERVICAL SPINE RADICULOPATHY |
| 6. | M99.02 | THORACIC SPINE SEGMENTAL DYSFUNCTION |
| 7. | S23.3XXA | THORACIC SPINE SPRAIN |
| 8. | M54.6 | THORACIC SPINE PAIN |
| 9. | M99.03 | LUMBAR SPINE SEGMENTAL DYSFUNCTION |
| 10. | S33.5XXA | LUMBAR SPINE SPRAIN |
| 11. | M54.16 | LUMBAR RADICULOPATHY |
| 12. | M54.5 | LUMBAGO |
| 13. | S43.402A | LEFT SHOULDER SPRAIN |
| 14. | S93.401A | RIGHT ANKLE SPRAIN |
| 15. | F43.0 | ANXIETY |
| 16. | R42 | NERVOUSNESS |
| 17. | G47.9 | DISRUPTION OF SLEEP PATTERNS |

## TREATMENT RECOMMENDATIONS:

After careful review of the patient's medical history and performing a physical examination, the patient was recommended a course of conservative chiropractic manipulation/adjustment and soft tissue physiotherapy treatments that included electrical muscle stimulation, ice/hot pack, therapeutic exercise, ultrasound, and intersegmental traction. At the time of initial evaluation:

RE: NAVARRO, SIPRIANA                                    Page 7
DOI: FEBRUARY 23, 2019

1. The patient was recommended to begin treatment scheduled at three times per week for four weeks with a gradual reduction in office visit frequency as clinical objective findings would indicate.
2. The patient was recommended to avoid strenuous physical activities that may aggravated current condition.
3. X-rays of the cervical and lumbar spine was recommended.
4. Patient was placed on total temporary disability from 03/01/19 through 03/15/19.
5. The patient was recommended to return for re-evaluation of progress in four weeks.

The goal was to strengthen the injured muscles and restore range of motion to the pre-injury capacity as well as to decrease and/or resolve the patient's pain symptoms. Furthermore, the patient was advised of the necessity of returning at periodic intervals during the therapy program for follow-up examinations to monitor the patient's response, or lack thereof, to the prescribed physiotherapy regimen so any changes, if deemed necessary, could be determined and implemented. Her prognosis was considered guarded.

**INTERVAL HISTORY:**

**The patient was seen for follow-up evaluation on April 03, 2019.** At that time, the patient reported feeling better with left shoulder and right ankle pain resolved. She continues with difficulty sleeping; occasional and mild nervousness and anxiety; frequent and moderate neck and upper back pain; frequent and moderate to severe low back pain, which increases in the mornings/nights and with activities of daily living/work activities. Patient is taking over the counter medication on as needed basis with some relief of pain.

Examination of the cervical spine revealed moderate tenderness upon palpation of the paraspinal and paravertebral musculature at the C2 to C7 levels bilaterally. Range of motion remains restricted but improved with pain induced. Cervical compression test was negative and cervical distraction test was positive. Examination of the thoracic spine revealed moderate tenderness upon palpation of the paraspinal and paravertebral musculature at the T1 to T10 levels bilaterally. Range of motion remains restricted but improved with pain induced. Soto-Hall test was positive. Examination of the lumbar spine revealed moderate to severe tenderness upon palpation of the paraspinal and paravertebral musculature at the L1-L5 levels bilaterally. Range of motion remains restricted but improved with pain induced. Kemps test was positive and straight leg raise test was negative. Examination of the left shoulder revealed no tenderness upon palpation. Range of motion was within normal limits. Apley's Scratch test was negative. Examination of the right ankle revealed to be unremarkable. Based on these findings, the patient was recommended:

1. Continue with conservative treatment at twice a week for a period of four weeks.
2. MRI of the cervical and lumbar spine is recommended to rule out disc herniation.
3. Orthopedic evaluation was recommended.
4. Patient was advised to start stretching exercises.
5. Re- evaluate for progress in four weeks.

RE: NAVARRO, SIPRIANA                                                                    Page 8
DOI: FEBRUARY 23, 2019

**The patient was seen for follow-up evaluation on May 06, 2019.**  At that time, the patient
reported feeling better with anxiety, nervousness and upper back pain resolved. In the interim
patient had Pain Management consultation on April 18, 2019. She continues with difficulty
sleeping; occasional and mild to moderate neck pain; frequent and moderate to severe low back
pain, which is increases at night and with activities of daily living/work activities.  No mediation
taken.

Examination of the cervical spine revealed mild to moderate tenderness upon palpation of the
paraspinal and paravertebral musculature at the C2 to C7 levels bilaterally. Range of motion was
within normal limits with pain induced. Cervical compression test was negative and cervical
distraction test was positive. Examination of the thoracic spine revealed no tenderness upon
palpation of the paraspinal and paravertebral musculature at the T1 to T10 levels bilaterally.
Range of motion was within normal limits. Soto-Hall test was negative. Examination of the
lumbar spine revealed moderate to severe tenderness upon palpation of the paraspinal and
paravertebral musculature at the L1-L5 levels bilaterally. Range of motion remains restricted but
improved with pain induced. Kemps test was positive and straight leg raise test was negative.
Based on these findings, the patient was recommended:

1. Continue with conservative treatment at once a week for a period of four weeks.
2. Patient was advised to continues with stretching exercises.
3. Re- evaluate for progress in four weeks.

**The patient was seen for final evaluation on June 12, 2019.** At that time, the patient reported
feeling better with difficulty sleeping and neck pain resolved. She continues with frequent and
moderate low back pain, which increased at night and with activities of daily living/work
activities.  Patient is not taking any medication for pain.

Examination of the cervical spine revealed no tenderness upon palpation of the paraspinal and
paravertebral musculature at the C2 to C7 levels bilaterally. Range of motion was within normal
limits. Cervical compression and cervical distraction test were negative. Examination of the
lumbar spine revealed moderate tenderness upon palpation of the paraspinal and paravertebral
musculature at the L1-L5 levels bilaterally. Range of motion remains restricted but improved
with pain induced. Kemps test was positive and straight leg raise test was negative.  Based on
these findings, it is determined that the patient has reached maximal medical improvement
through conservative care.   Therefore, she is discharged from our care with residual
symptomatology as described above.

## CAUSATION:

Based on my experience as a treating chiropractic physician and after careful assessment of the
biomechanics of this patient's injury, the subjective complaints, objective findings, and clinical
course, it is my opinion that the above-noted injuries were sustained as a result of the motor
vehicle accident, which occurred on February 23, 2019.

## PROGNOSIS:

RE: NAVARRO, SIPRIANA                                               Page 9
DOI: FEBRUARY 23, 2019

Based on reasonable medical probability, the above-mentioned accident can predispose the patient to further periodical aggravation. The patient progressed slowly with treatment; however, her prognosis must remain guarded.

## FUTURE MEDICAL CARE:

The nature of the long-term changes and the probability of re-injury all lead to the conclusion that the settlement of this case should allow for the provision of future medical, which should include;

1. Chiropractic care and physiotherapy modalities.
2. Follow up with orthopedic evaluation should symptoms persist or worsen.
3. Follow up with pain management for lumbar epidural injection as previously recommended.

Please do not hesitate to contact the clinic should you require any further information concerning this patient.

Sincerely,


Alicia S. Marin, D.C.
AM/an


## DISCLOSURE STATEMENT

*The above report is for medical/legal assessment of the injuries sustained in the subject injury. It is not to be construed as a complete physical examination for general health purposes. Only those symptoms which are believed to have been involved in the injury or that might be related to the injury have been assessed.*



# Rancho Open MRI

9373 Haven Ave Suite 150
Rancho Cucamonga, CA 91730
Tel (909) 476-4474 Fax (909) 476-7363

## Itemized Billing Statement

March 06, 2019

*ATTORNEY:*       THE DOMINGUEZ FIRM

                  CA,
*FAX:*            (213) 388-9540

*PATIENT:*        NAVARRO, SIPRIANA
*DATE OF INJURY:* 02/23/2019
*DATE OF BIRTH:*  06/27/1975
*PATIENT ID:*     RO04616

| Date of Service | CPT Code | Procedure | Amount |
|---|---|---|---|
| 03/05/2019 | 72040 | DX Cervical Spine | $280 |
| 03/05/2019 | 72100 | DX Lumbar Spine | $280 |
| | | Total: | $560 |

*Please make payable to:*

Rancho Open MRI
9373 Haven Ave, Suite 150
Rancho Cucamonga, CA 91730
Tax ID: 81-405-9450

From: Rancho Open MRI     Fax: 19095456405     To:          Fax: (213) 388-9540          Page: 1 of 2     03/06/2019 9:24 AM



9373 Haven Ave Suite 150
Rancho Cucamonga, CA 91730
Tel (909) 476-4474 Fax (909) 476-7363

*PATIENT:*          NAVARRO,SIPRIANA
*DOB:*              06-27-1975
*PATIENT NUMBER:*   RO04616
*PHYSICIAN:*        MARIN,ALICIA
*DATE:*             03-05-2019

## CERVICAL SPINE RADIOGRAPH (THREE VIEWS)

### HISTORY

DOI 02/23/2019.

### FINDINGS

There is mild reversal of the normal lordosis centered at the C5-C6 level. The disc space heights and vertebral body heights are otherwise within normal limits. There is no prevertebral soft tissue swelling.

### IMPRESSION

**There is mild reversal of the normal lordosis centered at the C5-C6 level. This may represent muscle spasm. Consider an MRI for further evaluation.**

*Andy Herbold MD*

Thomas Andrew Herbold, M. D.

TAH/mg/sj
Dictated but not proofread to expedite delivery.
D: 03/05/19
T: 03/06/19



9373 Haven Ave Suite 150
Rancho Cucamonga, CA 91730
Tel (909) 476-4474 Fax (909) 476-7363

*PATIENT:*      NAVARRO,SIPRIANA
*DOB:*      06-27-1975
*PATIENT NUMBER:* RO04616
*PHYSICIAN:*      MARIN,ALICIA
*DATE:*      03-05-2019

## LUMBAR SPINE RADIOGRAPH (TWO VIEWS)

### HISTORY

DOI 02/23/2019.

### FINDINGS

There are post-surgical changes seen in the right upper quadrant. There are mild degenerative changes of both SI joints. There is Grade II anterolisthesis of L5 over S1 with severe disc space narrowing and facet hypertrophy at the L5-S1 level. There is likely pars defect at the L5-S1 level. There is mild facet hypertrophy at the L4-L5 level. The disc space heights, vertebral body heights and posterior elements are otherwise unremarkable.

### IMPRESSION

**There is Grade II anterolisthesis of L5 over S1. There is severe disc space narrowing and facet hypertrophy at the L5-S1 level. There is likely pars defect at the L5-S1 level. Consider an MRI for further evaluation as clinically indicated.**

Thomas Andrew Herbold, M. D.

TAH/mg/sj
Dictated but not proofread to expedite delivery.
D: 03/05/19
T: 03/06/19

Dr. Jorge Antonio Ozollana

DOCTOR EN MEDICINA
J. V. P., M. S. 10336
Cel.: 7166-3434

C.O.13.00.13.52
Lunes y Viernes 3:00 p.m. a 6:00 p.m.
Sábado y Domingo 8:00 a.m. a 12:00 m.

[jorgeon.Maria1@hotmail.com]

DIRECCIÓN:
Calle Francisco Morazán #3, Barrio El Calvario,
50 mts., al Poniente del Parque Central.
Almacén "Santa Fe", Santiago Nonualco, La Paz.

NOMBRE:

Rp/

Dr. Jorge Antonio Ozollana
10336

FARMACIA "SANTA FE"
SANTIAGO NONUALCO
CON DESCUENTOS 15%, 20% y 40%

PRÓXIMA CITA:                                    FECHA: 11/3/

Ste 4981

**Statement**

**ONE SOURCE MEDICAL DIAGNOSTICS LLC**
9500 E ARTESIA BLVD
BELLFLOWER, CA 90706

Tax ID : 81-4855551
Phone # : 8776748888
Date : 04/05/19

NAVARRO, SIPRIANA MARITZA
25187 HARKER LANE
MORENO VALLEY,CA 92557

Account : 20041823-1
Patient : NAVARRO, SIPRIANA MA
DOB : 06/27/75
Phone # : 323/241-9114

**Page 1**

| Date | Code | Description | Qty | Diagn | Provider | Ref | Place | Amount | Balance |
|------|------|-------------|-----|-------|----------|-----|-------|--------|---------|
| 04/03/19 | 72148 | MRI OF LUMBAR SPINE | 1 | M54.5 | MAZHAR | 1081B | O | 1695.00 | 1695.00 |

Provider:
MAZHAR, ADIL MD

Referring:
1081B  MARIN,ALICIA S

| Balance |
|---------|
| 1695.00 |

Page 1 of 3



Location: RIVERSIDE

| | | | | |
|---|---|---|---|---|
| PATIENT NAME | : NAVARRO SIPRIANA MARITZA | PATIENT ID | : 41823 |
| D-O-B | : 1975/ 06/ 27 | ACCESSION NO | : 196539-1 |
| STUDY DATE | : 2019-04-03 13:57:00 | REFERRING PHYSICIAN | : MARIN ALICIA  S |
| APPROVAL DATE | : 2019-04-04 09:46:25 | RADIOLOGIST | : ADIL MAZHAR |

## MRI OF LUMBAR SPINE

TECHNIQUE: Multiplanar, multisequence MRI of the lumbar spine without contrast was performed in neutral position.

COMPARISON: None.

CLINICAL HISTORY: Pain or discomfort. Pain radiating down to right and left. Impaired balance. Symptoms worse in the upright weight-bearing position. Pain change with position.

SURGICAL HISTORY: None.

FINDINGS: Images are evaluated in the neutral position.
 Distal cord and conus medullaris: Spinal cord and conus medullaris are unremarkable.
 Alignment:
  Spondylolisthesis: Grade II anterior listhesis of L5 on S1 .
  Curvature: Exaggerated lumbar lordosis.
 Degenerative changes:
  Modic changes: Modic type II endplate degenerative changes seen at L3 down through S1.
 Integrity of the bone, bone marrow and discs:
  Bone: Vertebral body heights are maintained.
  Bone marrow: Aside from degenerative changes no abnormal marrow signal is identified.
  Discs: Disc desiccation at L2-L3, L4-L5 and L5-S1. Moderate associated loss of disc height is seen at L5-S1.
 Findings at specific level:
  T12- L1: There is no significant disc herniation or neural foraminal narrowing visualized; central canal is unremarkable; nerve roots are normal.
  L1- L2: There is no significant disc herniation or neural foraminal narrowing visualized; central canal is unremarkable; no sign of lateral recess stenosis; nerve roots are normal.
  L2- L3: A disc protrusion is identified. Disc material indents the thecal sac. This finding causes mild narrowing of the bilateral neural foramen. Spinal canal is patent. No sign of lateral recess stenosis is identified. Transiting and exiting nerve roots are normal. Annular fissure is identified. Disc deformity measures 2.7 mm.
  L3- L4: A disc protrusion is identified. Disc material abuts the thecal sac. This finding causes mild narrowing of the bilateral lateral recess and bilateral neural foramen. Spinal canal is patent. Transiting and exiting nerve roots are normal. Annular fissure is identified. Disc deformity measures 2.3 mm.
  L4- L5: A disc protrusion is identified. Disc material indents the thecal sac. This finding causes mild narrowing of the bilateral lateral recess and bilateral neural foramen. Spinal canal is patent. Associated abutment on bilateral transiting nerve root is noted. Exiting nerve roots are normal. Annular fissure is identified. Disc deformity measures 5.0 mm.

L5- S1: Anterolisthesis of L5 on S1 with associated uncovering of the disc and a disc protrusion is identified. Disc material indents the thecal sac and causes moderate spinal canal narrowing. There is associated moderate to severe bilateral neural foraminal narrowing. Concurrent moderate to severe bilateral lateral recess stenosis is seen. There is compression of bilateral exiting nerve root. Associated compression of bilateral transiting nerve root is noted. Annular fissure is identified. Disc deformity measures 9.3 mm.

Impression:

1. Grade II anterior listhesis of L5 on S1 .
2. Exaggerated lumbar lordosis. This may reflect lumbar instability.
3. Modic type II endplate degenerative changes seen at L3 down through S1.
4. Disc desiccation at L2-L3, L4-L5 and L5-S1. Moderate associated loss of disc height is seen at L5-S1.
5. L2-L3. A disc protrusion is identified. Disc material indents the thecal sac. This finding causes mild narrowing of the bilateral neural foramen. Annular fissure is identified. Disc deformity measures 2.7 mm.
6. L3-L4. A disc protrusion is identified. Disc material abuts the thecal sac. This finding causes mild narrowing of the bilateral lateral recess and bilateral neural foramen. Annular fissure is identified. Disc deformity measures 2.3 mm.
7. L4-L5. A disc protrusion is identified. Disc material indents the thecal sac. This finding causes mild narrowing of the bilateral lateral recess and bilateral neural foramen. Associated abutment on bilateral transiting nerve root is noted. Annular fissure is identified. Disc deformity measures 5.0 mm.
8. L5-S1. Anterolisthesis of L5 on S1 with associated uncovering of the disc and a disc protrusion is identified. Disc material indents the thecal sac and causes moderate spinal canal narrowing. There is associated moderate to severe bilateral neural foraminal narrowing. Concurrent moderate to severe bilateral lateral recess stenosis is seen. There is compression of bilateral exiting nerve root. Associated compression of bilateral transiting nerve root is noted. Annular fissure is identified. Disc deformity measures 9.3 mm.

ADIL MAZHAR
RADIOLOGIST

Time Finalized: 2019-04-04 09:46:25



PO Box 1668, Bellflower, CA 90707
TEL:(877) 674-8888 | FAX:(877) 370-5458
WWW.EXPERTMRI.COM

Report - NAVARRO SIPRIANA MARITZA, 41823, 2019-04-03 13:57:00, 196539-1



Grade 2 anterior listhesis
(25-50% slippage)



**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

THE DOMINGUEZ FIRM
3250 WILSHIRE BLVD  1200
LOS ANGELES  CA 90010

CARRIER

□ PICA    PREVIOUSLY BILLED    PICA □

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program In Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare#) | (Medicaid#) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | X (ID#) | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
NAVARRO SIPRIANA

3. PATIENT'S BIRTH DATE  MM 06 DD 27 YY 1975   SEX  F X

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

5. PATIENT'S ADDRESS (No., Street)
23187 HARKER LANE

6. PATIENT RELATIONSHIP TO INSURED
Self X  Spouse □  Child □  Other □

7. INSURED'S ADDRESS (No., Street)
SAME

CITY
MORENO VALLEY          STATE  CA

8. RESERVED FOR NUCC USE

CITY
SAME          STATE

ZIP CODE
92551

TELEPHONE (Include Area Code)
(323) 241 9114

ZIP CODE
SAME

TELEPHONE (Include Area Code)
( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
N A

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
YES □  NO X

a. INSURED'S DATE OF BIRTH  MM 06 DD 27 YY 1975   SEX  M □  F X

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?
YES □  NO X   PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?
YES □  NO X

c. INSURANCE PLAN NAME OR PROGRAM NAME
THE DOMINGUEZ FIRM

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES □  NO X   If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED Signature on file   DATE 08 26 19

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Signature on file

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  MM 02 DD 23 YY 19   QUAL. 431

15. OTHER DATE  QUAL.   MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM 00 DD 00 YY 00  TO MM 00 DD 00 YY 00

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN KATTIH ZIYAD

17a.
17b. NPI 1104833383

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY  TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?
YES □  NO X   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)   ICD Ind. 0

A. M5416   B. M5116   C. M5386   D.
E.   F.   G.   H.
I.   J.   K.   L.

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | | | | | | | | |
| 04 | 18 | 19 | | | | 11 | | 99203 | | ABC | 1150 00 | 1 | | NPI | 1104833383 |
| 05 | 16 | 19 | | | | 11 | | 62323 | | AB | 7000 00 | 1 | | NPI | 1104833383 |
| 07 | 11 | 19 | | | | 11 | | 99213 | | A | 800 00 | 1 | | NPI | 1104833383 |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN EIN
825458846   X

26. PATIENT'S ACCOUNT NO.
25x1344

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES X  NO □

28. TOTAL CHARGE
$ 8950 00

29. AMOUNT PAID
$

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
ZIYAD KATTIH MD
SIGNED   DATE 07 11 19

32. SERVICE FACILITY LOCATION INFORMATION
HAVEN ORTHOPEDICS SPINE IN
10390 COMMERCE CENTER C100
RANCHO CUCAMONGA
a. 1215404132

33. BILLING PROVIDER INFO & PH #  ( 909 372 0000
HAVEN ORTHOPEDICS    SPINE INS
10390 COMMERCE CENTER C100
RANCHO CUCAMONGA CA 91730
a. 1215404132

NUCC Instruction Manual available at: www.nucc.org    PLEASE PRINT OR TYPE    APPROVED OMB-0938-1197 FORM 1500 (02-12)



## HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

THE DOMINGUEZ FIRM
3250 WILSHIRE BLVD   1200
LOS ANGELES   CA 90010

☐☐ PICA    **PREVIOUSLY BILLED**                                                              PICA ☐☐

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare#) | (Medicaid#) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | X (ID#) | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
NAVARRO SIPRIANA

3. PATIENT'S BIRTH DATE   MM 06 DD 27 YY 1975   SEX M☐ F☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

5. PATIENT'S ADDRESS (No., Street)
23187 HARKER LANE

6. PATIENT RELATIONSHIP TO INSURED   Self ☒ Spouse☐ Child☐ Other☐

7. INSURED'S ADDRESS (No., Street)
SAME

CITY  MORENO VALLEY     STATE CA

8. RESERVED FOR NUCC USE

CITY  SAME     STATE

ZIP CODE 92551     TELEPHONE (Include Area Code) (323) 241 9114

ZIP CODE     TELEPHONE (Include Area Code)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
N A

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)   ☐YES ☒NO

a. INSURED'S DATE OF BIRTH   MM 06 DD 27 YY 1975   SEX M☐ F☒

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?   ☐YES ☒NO   PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?   ☐YES ☒NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
THE DOMINGUEZ FIRM

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?   ☐YES ☒NO   If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  Signature on file     DATE 08 26 19

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  Signature on file

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)   MM 02 DD 23 YY 19   QUAL. 431

15. OTHER DATE   MM DD YY   QUAL.

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM  MM 00 DD 00 YY 00   TO  MM 00 DD 00 YY 00

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN BUENVIAJESMITH SARAH

17a.
17b. NPI 1922079375

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM  MM DD YY   TO  MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?   ☐YES ☒NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)   ICD Ind. 0

A. M5416   B. M5116   C.   D.
E.   F.   G.   H.
I.   J.   K.   L.

22. RESUBMISSION CODE     ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 06 14 19 | | 11 | | 64483 | | AB | 7000 00 | 1 | | NPI | 1922079375 |
| 2 | 06 14 19 | | 11 | | 64484 | 59 | AB | 1500 00 | 1 | | NPI | 1922079375 |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   825458846   SSN EIN ☐ ☒

26. PATIENT'S ACCOUNT NO.   25x1344

27. ACCEPT ASSIGNMENT? ☒YES ☐NO

28. TOTAL CHARGE   $ 8500 00

29. AMOUNT PAID $

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SARAH BUENVIAJE SMITH
SIGNED   DATE 06 26 19

32. SERVICE FACILITY LOCATION INFORMATION
HAVEN ORTHOPEDICS SPINE IN
10390 COMMERCE CENTER C100
RANCHO CUCAMONGA
a1215404132

33. BILLING PROVIDER INFO & PH # (909)3720000
HAVEN ORTHOPEDIC   SPINE INST
10390 COMMERCE CENTER C100
RANCHO CUCAMONGA CA 91730
a1215404132

NUCC Instruction Manual available at: www.nucc.org     PLEASE PRINT OR TYPE     APPROVED OMB-0938-1197 FORM 1500 (02-12)

*Right margin vertical text:* CARRIER / PATIENT AND INSURED INFORMATION / PHYSICIAN OR SUPPLIER INFORMATION



## HAVEN
### ORTHOPEDICS & SPINE INSTITUTE

**Orthopedic Surgery ● Spine Surgery ● Pain Management**

*10390 Commerce Center Drive, Suite 100*
*Rancho Cucamonga, CA 91730*
*Ph. (909) 372-0000*
*Fax (909) 372-0181*

### *Ziyad Kattih, M.D.*
### *Initial Pain Management Evaluation*

April 18, 2019

**The Dominguez Firm**
**3250 Wilshire Blvd #120**
**Los Angeles, CA 90010**

| | |
|---|---|
| **REGARDING:** | **Sipriana Navarro** |
| **DATE OF BIRTH:** | **06/27/1975   (Age: 43 years)** |
| **DATE(s) OF INJURY:** | **05/04/2018** |
| **DATE OF INITIAL EVALUATION:** | **04/18/2019** |

I evaluated Ms. Sipriana Navarro, on 04/18/2019.   I obtained the history, performed a physical examination and reviewed pertinent available image studies, personally.

The following is the summary of my findings and clinical recommendations.

## HISTORY OF PRESENT INJURY/ILLNESS:

According to Ms. Navarro, on 05/04/2018, she was the driver of a vehicle that was involved in a collision with another vehicle. She was traveling along a local freeway with the speed of traffic, when she her car was unexpectedly struck on the side by another vehicle. She states that on impact, she was jolted within the interior of the car, striking her nose in the process.

Ms. Navarro denies any loss of consciousness following the impact, but she reported feeling shocked. She also noted that she started bleeding from her nose. She thereafter noted the onset of pain involving the lower back.

Because of increased symptoms, the patient subsequently presented to Cedar Pointe Medical Group where she was examined. The patient thereafter began receiving a course of chiropractic and physical therapy treatments.

*Initial Pain Management Evaluation*

In Reference To:   Sipriana Navarro
Date of Injury:    05/04/2018                                    Date of Examination:   04/18/2019

To date, the patient has continued to experience deterioration of her lower back pain.  Consequently, the patient has been referred to the undersigned for a pain management consultation.

Ms. Navarro was first seen in this office by the undersigned on 04/18/2019.

## PRESENT COMPLAINTS:

On 04/18/2019, the date of the initial examination in my office, Ms. Navarro presented with chief complaints as follows:

1)      Lower back pain.  She states the pain is "improving".  The pain is achy and sharp in nature.  On this day, the patient rated the low back pain as 7-8 out of 10 in severity.

## TREATMENT RECEIVED TO DATE:

The patient has received prior physiotherapy and chiropractic treatment, with use of NSAIDS.  She has also undergone an orthopedic consultation.  She states that prolonged sitting and repetitive bending increases the lower back pain.

## PAST MEDICAL HISTORY:

The patient denies any recent stroke/TIAs, weakness, bowel/bladder incontinence or any episodes of loss of consciousness.  The patient also denies any recent change in mood.

The patient has a history of diabetes mellitus.

*Past Surgical History:*

The patient does not recall having had any surgeries, or any history of hospitalizations.

*Allergies:*

The patient denies any known allergies to foods, medications or environment.

*Current Medications:*

Metformin.

## SOCIAL HISTORY:

The patient is a non-smoker. She does not consume alcoholic beverages.  She denies any recreational drug use.

*Initial Pain Management Evaluation*

In Reference To:   Sipriana Navarro
Date of Injury:      05/04/2018                           Date of Examination:    04/18/2019

## PHYSICAL EXAMINATION:

Fourteen (14) points of review of systems are negative (except for points mentioned in History of Present Illness).

*General Appearance:*   The patient is Alert, Oriented x3 and in no acute distress.

*HEENT:*   Negative for signs of head trauma.  PERRLA.  EOM intact.  Negative neck swelling; thyroid enlargement/lymphadenopathy.

*CVS:*   No Cyanosis.  Negative bilateral lower extremity edema.

*Respiratory:*   Normal breathing, bilaterally, with no signs of difficulty breathing.

## *Musculoskeletal Lumbar Spine Examination:*

*Lumbar Spine:*

**Inspection** of the lumbar spine revealed no evidence of trauma.

Tenderness, guarding and muscle spasm was noted on **palpation** of the lumbar paraspinal muscles, bilaterally.

**Range of motion** of the lumbar spine was performed with complaints of pain.

Lumbar Facet Loading Test .................   Positive on the right
Straight-Leg Raising Test.....................   Positive on the right

## *Neurological Examination:*

*General:*   AxOx3; appropriately interactive with normal affect.

*Cranial Nerves:*   Cranial nerves II through XII are intact.

*Motor:*   5/5 along the right lower extremity.
5/5 along the left lower extremity.

*Sensory:*   Normal sensation in both lower extremities.

*Initial Pain Management Evaluation*

In Reference To:   Sipriana Navarro
Date of Injury:    05/04/2018

Date of Examination:   04/18/2019

## REVIEW OF PRIOR MEDICAL RECORDS/DIAGNOSTIC STUDIES:

The following medical records and/or diagnostic studies were available and reviewed directly by me:

1.  **MRI Study Report of the Lumbar Spine, dated 04/03/2019,
    signed by Adil Mazhar, M.D.**

    *Impression:*

    - *Grade II anterior listhesis of L5 on S1.*

    - *Exaggerated lumbar lordosis. This may reflect lumbar instability.*

    - *Modic type II endplate degenerative changes seen at L3 down through S1.*

    - *Disc desiccation at L2-L3, L4-l5 and L5-S1. Moderate associated loss of disc height is seen at L5-S1.*

    - *L2-L3. A disc protrusion is identified.disc material indents the thecal sac. Tis finding causes mild narrowing of the bilateral neural foramen. Annular fissure is identified. Disc deformity measures 2.7 mm.*

    - *L3-L4. A disc protrusion is identified. Disc material abuts the thecal sac. This finding causes mild narrowing of the bilateral recess and bilateral neural foramen. Annular fissure is identified. Disc deformity measures 2.3 mm.*

    - *L4-L5. A disc protrusion is identified. Disc material indents the thecal sac. This finding causes mild narrowing of the bilateral lateral recess and bilateral neural foramen. Associated abutment on the bilateral transiting nerve root is noted. Annular fissure is identified. Disc deformity measures 5.0 mm.*

    - *L5-S1. Anterolisthesis of L5 on SI with associated uncovering of the disc and a disc protrusion is identified. Disc material indents the thecal sac and causes moderate spinal canal narrowing. There is associated moderate to severe bilateral neural foraminal narrowing. Concurrent moderate to severe bilateral lateral recess stenosis is seen. There is compression of bilateral neural exiting nerve root. Associated compression of bilateral transiting nerve root is noted. Annular fissure is identified. Disc deformity measures 9.3 mm.*

## DIAGNOSIS:

1)  LUMBAR RADICULOPATHY ................................................................................(M54.16)
2)  LUMBAR SPINE DISC HERNIATION ...........................................................(M51.16)
3)  LUMBAR SPINE DORSOPATHY ....................................................................(M53.86)
4)  LUMBAR SPONDYLOLISTHESIS, L5-S1 ........................................................(M43.16)

## PLAN:

- The patient is a candidate for Lumbar Spine Epidural Injections (LESI). These injections are usually given in a series of up to three injections, if necessary. The approximate cost of each lumbar spine epidural injection is $7,000 (including professional and facility fees, fluoroscopy, medical and supplies), with an approximate total cost of $21,000 if all three injections were to be administered.

*Initial Pain Management Evaluation*

In Reference To:   Sipriana Navarro
Date of Injury:      05/04/2018

Date of Examination:   04/18/2019

- The patient has been educated on activities and body positions that prevent or reduce worsening of the low back pain, to include, no sitting or standing for long periods of time; no lifting of heavy objects; and to slow down on any activity that makes the low back pain worse.
- All questions answered and patient voiced understanding.
- Discussed in detail all the risks and benefits of the recommended medications and how it may not be indicated as part of the long-term plan of care.
- Warned the patient about possible "red flags" including…developing focal weakness/paralysis and bowel or bladder incontinence; and advised the patient to report to the nearest ER or call 911 if any of these symptoms develop.
- Advised the patient to contact our clinic for any concern and/or exacerbation of symptoms.
- The patient was prescribed medications in the form of:

*Ibuprofen 600 mg. [1 tab., orally, twice a day, as-needed for pain, #60]*
*Methocarbamol 500 mg. [1 tab., orally, every 8-hours, as-needed for spasm, #30]*
*Omeprazole 20 mg. [1 tab., orally, daily, #60]*

If this office can be of further assistance to you regarding this patient, please do not hesitate to contact the office. Thank you for the opportunity to be part of the care team of this patient.

Report Date:  April 18, 2019

Ziyad Kattih, M.D.
Pain Management/PMR

ZK/rw

## DISCLOSURE STATEMENT

*This report is for medical-legal assessment of the injury noted, and is not to be construed as a complete physical examination for general health purposes. Only those symptoms which I believed to have been involved in the injury, or might relate to the injury, have been assessed.*

*I declare under penalty of perjury that the information contained in this report and its attachments, if any, is true and correct to the best of my knowledge and belief, except as to information that I have indicated I have received from others. As to that information, I declare under penalty of perjury that the information accurately describes the information provided to me and, except as noted herein, that I believe is to be true.*

cc:   Cedar Pointe Medical Group
       12730 Heacock Street, Suite 8
       Moreno Valley, CA  92553



## Orthopedic Surgery ● Spine Surgery ● Pain Management

*10390 Commerce Center Drive, Suite 100*
*Rancho Cucamonga, CA 91730*
*Ph. (909) 372-0000*
*Fax (909) 372-0181*

### *Ziyad Kattih, M.D.*

### *Pain Management – Procedure Report*

May 16, 2019

**The Dominguez Firm**
**3250 Wilshire Blvd #120**
**Los Angeles, CA 90010**

| | |
|---|---|
| **REGARDING:** | **Sipriana Navarro** |
| **DATE OF BIRTH:** | **06/27/1975 (Age: 43 years)** |
| **DATE(s) OF INJURY:** | **05/04/2018** |
| **DATE OF RE-EVALUATION:** | **05/16/2019** |

Ms. Sipriana Navarro was previously seen in this office for pain management evaluation and treatment of injuries she sustained in an accident that occurred on 05/04/2018.

The patient now returns to this office on 05/16/2019, for administration of a Lumbar Spine Epidural Steroid Injection (LESI) to the L4-L5 level.

## REVIEW OF AVAILABLE DIAGNOSTIC REPORTS:

The following diagnostic study reports were available and reviewed directly by me:

1.   **MRI Study Report of the Lumbar Spine, dated 04/03/2019,**
     **signed by Adil Mazhar, M.D.**

     *Impression:*

     - *Grade II anterior listhesis of L5 on S1.*

     - *Exaggerated lumbar lordosis. This may reflect lumbar instability.*

     - *Modic type II endplate degenerative changes seen at L3 down through S1.*

     - *Disc desiccation at L2-L3, L4-l5 and L5-S1. Moderate associated loss of disc height is seen at L5-S1.*

*Pain Management Procedure Report*

In Reference To:   Sipriana Navarro
Date of Injury:      05/04/2018

Date of Procedure: 05/16/2019

- *L2-L3.  A disc protrusion is identified disc material indents the thecal sac.  Tis finding causes mild narrowing of the bilateral neural foramen.  Annular fissure is identified.  Disc deformity measures 2.7 mm.*

- *L3-L4.  A disc protrusion is identified.  Disc material abuts the thecal sac.  This finding causes mild narrowing of the bilateral recess and bilateral neural foramen.  Annular fissure is identified.  Disc deformity measures 2.3 mm.*

- *L4-L5.  A disc protrusion is identified.  Disc material indents the thecal sac.  This finding causes mild narrowing of the bilateral lateral recess and bilateral neural foramen.  Associated abutment on the bilateral transiting nerve root is noted.  Annular fissure is identified.  Disc deformity measures 5.0 mm.*

- *L5-S1.  Anterolisthesis of L5 on S1 with associated uncovering of the disc and a disc protrusion is identified.  Disc material indents the thecal sac and causes moderate spinal canal narrowing.   There is associated moderate to severe bilateral neural foraminal narrowing.  Concurrent moderate to severe bilateral lateral recess stenosis is seen.  There is compression of bilateral neural exiting nerve root.  Associated compression of bilateral transiting nerve root is noted.  Annular fissure is identified.  Disc deformity measures 9.3 mm.*

## PRE-PROCEDURE NOTE

The patient is here for:

*Lumbar Spine Epidural Steroid Injection (LESI) to the L4-L5 level.*

This is the patient's **First** injection.

## CURRENT COMPLAINTS:

1)     Lower back pain.  The patient states the pain is "the same".  The pain is achy in nature.  On this day, the patient rated the low back pain as 7 out of 10 in severity.

## INTERIM MEDICAL HISTORY:

Significant changes in the patient's condition since the History and Physical:  NO

All pain medications reviewed:   YES

INFORMED CONSENT:

- The procedure, risks, benefits and options were discussed with patient.   There are no contraindications to the procedure.  The patient expressed understanding and agreed to proceed.  The personnel performing the procedure was discussed.

- I verify that I personally obtained patient consent prior to the start of the procedure and the signed consent can be found in the patient's chart.

*Pain Management Procedure Report*

In Reference To:   Sipriana Navarro
Date of Injury:     05/04/2018

Date of Procedure:  05/16/2019

- I have personally asked the patient regarding allergies and the use of blood thinners. The patient has no known allergies and is not taking any blood thinners.

- I have personally reviewed the MRI imaging and reports(s) of the lumbar spine, which are consistent with the patient's current physical findings.

*Pain Management Procedure Report*

In Reference To:   Sipriana Navarro
Date of Injury:      05/04/2018

Date of Procedure: 05/16/2019

## LUMBAR SPINE EPIDURAL STEROID INJECTION (LESI)
### L4-L5 Level

Date:  05/16/2019

SURGEON(S) NAME:  Ziyad Kattih, M.D.

ASSISTANT(S):  None

PRE-PROCEDURE VITAL SIGNS:

| | |
|---|---|
| Blood Pressure: | 94/63 mmHg |
| Heart Rate: | 76 bpm |
| Temperature: | 98.9°F |

*PreOp Dx:*

Lumbar Spine Radiculopathy (M54.16)
Lumbar Spine Disc Herniation (M51.16)

*PostOp Dx:*

Lumbar Spine Radiculopathy (M54.16)
Lumbar Spine Disc Herniation (M51.16)

PROCEDURE DESCRIPTION:

**Lumbar Spine Epidural Steroid Injection (LESI), L4-L5 Level**

The patient was brought to the fluoroscopy suite.  The patient was positioned prone on the fluoroscopy table.  The area of the spine was prepped with povidone-iodine three times and draped in a sterile fashion. Skin anesthesia was achieved using 3 mL of Lidocaine 1% over the respective injection site.  The L4-L5 interspace was visualized under fluoroscopic imaging.  A 20-gauge 3-1/2" Tuohy needle was slowly inserted and advanced using hanging drop/loss of resistance to preservative free normal saline with AP and lateral fluoroscopic imaging for needle guidance.  Negative aspiration for blood or CSF was confirmed.  Epidural contrast spread was confirmed using Isovue-300 1 mL contrast spreading from L3 to S1.

5 mL of Lidocaine 1%, 2 mL of Normal Saline 0.9% and 80 mg. DepoMedrol, PF was injected.  The needle was removed, and bleeding was nil.  A sterile dressing was applied.

The patient was taken to the Post-block Recovery Area for further observation.

Sedation:  None

*Pain Management Procedure Report*

In Reference To:   Sipriana Navarro
Date of Injury:      05/04/2018

Date of Procedure:  05/16/2019

## POST-PROCEDURE NOTE:

POST-PROCEDURE VITAL SIGNS:

Blood Pressure:    108/71 mmHg
Heart Rate:        69 bpm
Temperature:       98.8°F

ASSESSMENT:

Purposeful response to verbal or tactile stimulation:  Yes

Neurological Status:  Alert and oriented x 3

Postoperative Nausea/Vomiting (PONV):  Absent.

Post Procedure Pain Level:  0 on a scale of 0-10.

## TREATMENT PLAN:

- The patient was warned about possible "red flags" including…developing focal weakness/paralysis and bowel or bladder incontinence. The patient was advised to report immediately to the nearest ER or to call 911 if any of these symptoms were to develop after any of the procedures administered.
- Post procedure instructions were reviewed and the patient voiced understanding.
- The patient is advised to contact our clinic for any concern and/or exacerbation of symptoms.

## MEDICATIONS PRESCRIBED:

No medications were prescribed to the patient on this visit.

## PROGNOSIS:

The prognosis regarding this patient's injuries is unknown at this time.

If this office can be of further assistance to you regarding this patient, please do not hesitate to contact the office. Thank you for the opportunity to be part of the care team of this patient.

Report Date:  May 16, 2019

Ziyad Kattih, M.D.
Pain Management/PMR

ZK/rw

*Pain Management Procedure Report*

In Reference To:   Sipriana Navarro
Date of Injury:    05/04/2018

Date of Procedure:  05/16/2019

## DISCLOSURE STATEMENT

*This report is for medical-legal assessment of the injury noted, and is not to be construed as a complete physical examination for general health purposes. Only those symptoms which I believed to have been involved in the injury, or might relate to the injury, have been assessed.*

*I declare under penalty of perjury that the information contained in this report and its attachments, if any, is true and correct to the best of my knowledge and belief, except as to information that I have indicated I have received from others. As to that information, I declare under penalty of perjury that the information accurately describes the information provided to me and, except as noted herein, that I believe is to be true.*

cc:     Cedar Pointe Medical Group
        12730 Heacock Street, Suite 8
        Moreno Valley, CA  92553



**HAVEN**
ORTHOPEDICS & SPINE INSTITUTE

## Orthopedic Surgery ● Spine Surgery ● Pain Management

*10390 Commerce Center Drive, Suite 100*
*Rancho Cucamonga, CA  91730*
*Ph.  (909) 372-0000*
*Fax (909) 372-0181*

### *Sarah Buenviaje-Smith, M.D.*
### *Pain Management – Procedure Report*

June 14, 2019

**The Dominguez Firm**
**3250 Wilshire Blvd #1200**
**Los Angeles CA, 90010**

| | |
|---|---|
| **REGARDING:** | **Sipriana Navarro** |
| **DATE OF BIRTH:** | **06/27/1975   (Age:  44 years)** |
| **DATE(s) OF INJURY:** | **02/23/2019** |
| **DATE OF RE-EVALUATION:** | **06/14/2019** |

Ms. Sipriana Navarro was previously seen in this office for pain management evaluation and treatment of injuries she sustained in an accident that occurred on 02/23/2019.

The patient now returns to this office on 06/14/2019, for administration of a Lumbar Spine Transforaminal Epidural Steroid Injection (TFESI) to the Left L4-L5 and L5-S1 epidural spaces.

## REVIEW OF DIAGNOSTIC STUDIES:

The following diagnostic study reports were available and reviewed directly by me:

**MRI Study Report of the Lumbar Spine, dated 04/03/2019, signed by Adil Mazhar, M.D.**

*Impression:*

- *Grade II anterior listhesis of L5 on S1.*
- *Exaggerated lumbar lordosis.  This may reflect lumbar instability.*
- *Modic type II endplate degenerative changes seen at L3 down through S1.*
- *Disc desiccation at L2-L3, L4-l5 and L5-S1.  Moderate associated loss of disc height is seen at L5-S1.*

*Pain Management Procedure Report*

In Reference To:   Sipriana Navarro
Date of Injury:     02/23/2019

Date of Procedure: 06/14/2019

- *L2-L3:*   *A disc protrusion is identified disc material indents the thecal sac. Tis finding causes mild narrowing of the bilateral neural foramen. Annular fissure is identified. Disc deformity measures 2.7 mm.*

- *L3-L4:*   *A disc protrusion is identified. Disc material abuts the thecal sac. This finding causes mild narrowing of the bilateral recess and bilateral neural foramen. Annular fissure is identified. Disc deformity measures 2.3 mm.*

- *L4-L5:*   *A disc protrusion is identified. Disc material indents the thecal sac. This finding causes mild narrowing of the bilateral lateral recess and bilateral neural foramen. Associated abutment on the bilateral transiting nerve root is noted. Annular fissure is identified. Disc deformity measures 5.0 mm.*

- *L5-S1:*   *Anterolisthesis of L5 on S1 with associated uncovering of the disc and a disc protrusion is identified. Disc material indents the thecal sac and causes moderate spinal canal narrowing. There is associated moderate to severe bilateral neural foraminal narrowing. Concurrent moderate to severe bilateral lateral recess stenosis is seen. There is compression of bilateral neural exiting nerve root. Associated compression of bilateral transiting nerve root is noted. Annular fissure is identified. Disc deformity measures 9.3 mm.*

## PRE-PROCEDURE NOTE

The patient is here for:

*Lumbar Spine Transforaminal Epidural Steroid Injection (TFESI) to the Left L4-L5 and L5-S1 epidural spaces.*

This is the patient's Second injection. The patient is status post LESI (L4-5) x1, with 60-70% relief of pain. She states she still experiences episodes of flare-ups, but she states the right buttock and right lower extremity pain is now resolved.

## CURRENT COMPLAINTS:

1)   Lower back pain, associated with pain radiating into the left buttock and hip. The patient states the pain is "improving". The pain is pulling and deep in nature. The pain is increased when pulling heavy items. On this day, the patient rated the low back pain as 4 out of 10 in severity.

## INTERIM MEDICAL HISTORY:

Significant changes in the patient's condition since the History and Physical:  NO

All pain medications reviewed:  YES

*Pain Management Procedure Report*

In Reference To:  Sipriana Navarro
Date of Injury:  02/23/2019

Date of Procedure: 06/14/2019

INFORMED CONSENT:

- The procedure, risks, benefits and options were discussed with patient.  There are no contraindications to the procedure.  The patient expressed understanding and agreed to proceed.  The personnel performing the procedure was discussed.

- I verify that I personally obtained patient consent prior to the start of the procedure and the signed consent can be found in the patient's chart.

- I have personally asked the patient regarding allergies and the use of blood thinners.  The patient has no known allergies and is not taking any blood thinners.

- I have personally reviewed the MRI imaging and reports(s) of the lumbar spine, which are consistent with the patient's current physical findings.

*Pain Management Procedure Report*

In Reference To:   Sipriana Navarro
Date of Injury:     02/23/2019

Date of Procedure:  06/14/2019

## LUMBAR SPINE TRANSFORAMINAL EPIDURAL STEROID INJECTION (TFESI)
### Left L4-L5 and L5-S1 Epidural Spaces

Date:  06/14/2019

SURGEON(S) NAME:  Sarah Buenviaje-Smith, M.D.

ASSISTANT(S):  None

PRE-PROCEDURE VITAL SIGNS:

Blood Pressure:     105/72 mmHg
Heart Rate:         80 bpm
Temperature:        97.4°F

*PreOp Dx:*

Lumbar Spine Radiculopathy (M54.16)
Lumbar Spine Disc Herniation (M51.16)

*PostOp Dx:*

Lumbar Spine Radiculopathy (M54.16)
Lumbar Spine Disc Herniation (M51.16)

PROCEDURE DESCRIPTION:

**Lumbar Spine Transforaminal Epidural Steroid Joint Injection (TFESI), Left L4-L5 and L5-S1
Epidural Space(s)**

After fully informed written consent was obtained, the patient was escorted to the fluoroscopic suite and
placed in the prone position. A Right oblique fluoroscopic view was obtained, with the superior articular
process of Left L5 aligned with the pedicle of Left L4.  The skin over the intended target site was prepped
with Chlorhexidine x3, and draped in sterile fashion. With sterile technique, the skin and subcutaneous
tissue were anesthetized with 1% Lidocaine 2 mL each. The tip of a 22-gauge, 3.5-inch Quincke-type
spinal needle was advanced toward the 6 o'clock position of the Left L4 pedicle under intermittent
fluoroscopic guidance. Confirmation of proper needle position was made with AP, oblique, and lateral
fluoroscopic views. After negative aspiration for blood and cerebrospinal fluid, Isovue-300 1 mL was
injected. Fluoroscopic imaging revealed a clear outline of the Left L4 spinal nerve with proximal spread
of agent through the neural foramen into the anterior epidural space. Subsequently, 2 mL injectate
Lidocaine 1% 1 mL and Dexamethasone, PF 10 mg/mL 1 mL was administered.

The same technique was used as above for the Left L5-S1 epidural space.

The patient was able to ambulate out of the procedure room and office without any problems. There was
no evidence of lower extremity weakness or motor deficits.

*Pain Management Procedure Report*

In Reference To:   Sipriana Navarro
Date of Injury:    02/23/2019

Date of Procedure:  06/14/2019

## POST-PROCEDURE NOTE:

POST-PROCEDURE VITAL SIGNS:

Blood Pressure:   105/66 mmHg
Heart Rate:       72 bpm
Temperature:      97.4°F

ASSESSMENT:

Purposeful response to verbal or tactile stimulation:  Yes

Neurological Status:  Alert and oriented x 3

Postoperative Nausea/Vomiting (PONV):  Absent.

Post Procedure Pain Level:  0 on a scale of 0-10.

## TREATMENT PLAN:

- The patient was warned about possible "red flags" including…developing focal weakness/paralysis and bowel or bladder incontinence.  The patient was advised to report immediately to the nearest ER or to call 911 if any of these symptoms were to develop after any of the procedures administered.
- Post procedure instructions were reviewed, and the patient voiced understanding.
- The patient is advised to contact our clinic for any concern and/or exacerbation of symptoms.

## MEDICATIONS PRESCRIBED:

No medications were prescribed to the patient on this visit.

## PROGNOSIS:

The prognosis regarding this patient's injuries is unknown at this time.

If this office can be of further assistance to you regarding this patient, please do not hesitate to contact the office.  Thank you for the opportunity to be part of the care team of this patient.

Report Date:  June 14, 2019

_____
Sarah Buenviaje-Smith, M.D.
Pain Management/Anesthesiologist

SBS/rw

*Pain Management Procedure Report*

In Reference To:   Sipriana Navarro
Date of Injury:      02/23/2019

Date of Procedure:  06/14/2019

## DISCLOSURE STATEMENT

*This report is for medical-legal assessment of the injury noted, and is not to be construed as a complete physical examination for general health purposes. Only those symptoms which I believed to have been involved in the injury, or might relate to the injury, have been assessed.*

*I declare under penalty of perjury that the information contained in this report and its attachments, if any, is true and correct to the best of my knowledge and belief, except as to information that I have indicated I have received from others. As to that information, I declare under penalty of perjury that the information accurately describes the information provided to me and, except as noted herein, that I believe is to be true.*

cc:      Cedar Pointe Medical Group
          12730 Heacock Street, Suite 8
          Moreno Valley, CA  92553



## Orthopedic Surgery  •  Spine Surgery  •  Pain Management

*10390 Commerce Center Drive, Suite 100*
*Rancho Cucamonga, CA  91730*
*Ph.  (909) 372-0000*
*Fax (909) 372-0181*

### *Ziyad Kattih, M.D.*

### *Pain Management Re-Evaluation*

July 11, 2019

**The Dominguez Firm**
**3250 Wilshire Blvd #1200**
**Los Angeles CA, 90010**

| | |
|---|---|
| **REGARDING:** | **Sipriana Navarro** |
| **DATE OF BIRTH:** | **06/27/1975   (Age:  44 years)** |
| **DATE(s) OF INJURY:** | **02/23/2019** |
| **DATE OF RE-EVALUATION:** | **07/11/2019** |

Ms. Sipriana Navarro was previously seen in this office for pain management evaluation and treatment of injuries she sustained in an accident that occurred on 02/23/2019.

The patient now returns to this office on 07/11/2019, for re-evaluation and clinical recommendations.

### CURRENT COMPLAINTS:

1)   Lower back pain.  She states the pain is "improving".  The pain is deep and pulsing in nature.  On this day, the patient rated the low back pain as 2 out of 10 in severity.

### TREATMENT RECEIVED TO DATE:

The patient states her lower back pain is much better improved after the prior LESI x2.  The radicular pain is also improved.

### UPDATED PAST MEDICAL HISTORY:

The patient's past medical history remains unchanged from the initial visit in this office.

*Pain Management Re-Evaluation*

In Reference To:   Sipriana Navarro
Date of Injury:      02/23/2019

Date of Re-Evaluation:   07/11/2019

## PHYSICAL EXAMINATION:

*Vital Signs:*

Blood Pressure: 108/70 mmHg
Heart Rate: 82 bpm
Temperature: 97.3°F

Fourteen (14) points of review of systems are negative (except for points mentioned in History of Present Illness).

*General Appearance:*   The patient is Alert, Oriented x3 and in no acute distress.

*HEENT:*   Negative for signs of head trauma.  PERRLA.  EOM intact.  Negative neck swelling; thyroid enlargement/lymphadenopathy.

*CVS:*   No Cyanosis.  Negative bilateral lower extremity edema.

*Respiratory:*   Normal breathing, bilaterally, with no signs of difficulty breathing.

### *Musculoskeletal Lumbar Spine Examination:*

*Lumbar Spine:*

Inspection of the lumbar spine revealed no evidence of trauma.

Straight-Leg Raising Test......................   Negative, bilaterally

### *Neurological Examination:*

*General:*   AxOx3; appropriately interactive with normal affect.

*Cranial Nerves:*   Cranial nerves II through XII are intact.

*Motor:*   5/5 along the right lower extremity.
5/5 along the left lower extremity.

*Sensory:*   Normal sensation in both lower extremities.

*Pain Management Re-Evaluation*

In Reference To:   Sipriana Navarro
Date of Injury:    02/23/2019

Date of Re-Evaluation:  07/11/2019

## REVIEW OF DIAGNOSTIC STUDIES:

The following diagnostic study reports were available and reviewed directly by me:

**MRI Study Report of the Lumbar Spine, dated 04/03/2019, signed by Adil Mazhar, M.D.**

*Impression:*

- *Grade II anterior listhesis of L5 on S1.*
- *Exaggerated lumbar lordosis. This may reflect lumbar instability.*
- *Modic type II endplate degenerative changes seen at L3 down through S1.*
- *Disc desiccation at L2-L3, L4-l5 and L5-S1. Moderate associated loss of disc height is seen at L5-S1.*
- *L2-L3:   A disc protrusion is identified disc material indents the thecal sac. Tis finding causes mild narrowing of the bilateral neural foramen. Annular fissure is identified. Disc deformity measures 2.7 mm.*
- *L3-L4:   A disc protrusion is identified. Disc material abuts the thecal sac. This finding causes mild narrowing of the bilateral recess and bilateral neural foramen. Annular fissure is identified. Disc deformity measures 2.3 mm.*
- *L4-L5:   A disc protrusion is identified. Disc material indents the thecal sac. This finding causes mild narrowing of the bilateral lateral recess and bilateral neural foramen. Associated abutment on the bilateral transiting nerve root is noted. Annular fissure is identified. Disc deformity measures 5.0 mm.*
- *L5-S1:   Anterolisthesis of L5 on SI with associated uncovering of the disc and a disc protrusion is identified. Disc material indents the thecal sac and causes moderate spinal canal narrowing. There is associated moderate to severe bilateral neural foraminal narrowing. Concurrent moderate to severe bilateral lateral recess stenosis is seen. There is compression of bilateral neural exiting nerve root. Associated compression of bilateral transiting nerve root is noted. Annular fissure is identified. Disc deformity measures 9.3 mm.*

## DIAGNOSIS:

1) LUMBAR SPINE DISC HERNIATION ............................................................................(M51.16)

## PLAN:

- The patient is released from pain management care, but is advised to contact our clinic for any concern and/or exacerbation of symptoms.
- The patient was educated on activities and body positions that prevent or reduce worsening of the low back pain, to include, no sitting or standing for long periods of time; no lifting of heavy objects; and to reduce any activity that would aggravate the lower back pain.

*Pain Management Re-Evaluation*

In Reference To:   Sipriana Navarro
Date of Injury:      02/23/2019

Date of Re-Evaluation:  07/11/2019

## MEDICATIONS PRESCRIBED:

No medications were prescribed to the patient on this visit.

## RE-EVALUATION:

As noted above, the patient is discharged from pain management care at this time.

## PROGNOSIS:

The patient should be allowed provisions for future medical care to include:

- Lumbar Spine Epidural Injections (LESI). These injections are usually given in a series of up to three injections, if necessary. The approximate cost of each lumbar spine epidural injection is $7,000 (including professional and facility fees, fluoroscopy, medical and supplies), with an approximate total cost of $21,000 if all three injections were to be administered.

The prognosis regarding this patient's injuries is unknown at this time.

If this office can be of further assistance to you regarding this patient, please do not hesitate to contact the office. Thank you for the opportunity to be part of the care team of this patient.

Report Date:  July 11, 2019

Ziyad Kattih, M.D.
Pain Management/PMR

ZK/rw

## DISCLOSURE STATEMENT

*This report is for medical-legal assessment of the injury noted, and is not to be construed as a complete physical examination for general health purposes. Only those symptoms which I believed to have been involved in the injury, or might relate to the injury, have been assessed.*

*I declare under penalty of perjury that the information contained in this report and its attachments, if any, is true and correct to the best of my knowledge and belief, except as to information that I have indicated I have received from others. As to that information, I declare under penalty of perjury that the information accurately describes the information provided to me and, except as noted herein, that I believe is to be true.*

cc:     Cedar Pointe Medical Group
        12730 Heacock Street, Suite 8
        Moreno Valley, CA  92553

*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*

 **State Farm**®

March 1, 2019

Sipriana Navarro
10424 S Central Ave Apt 203
Los Angeles CA  90002-3352

**State Farm Claims**
PO Box 52250
Phoenix AZ 85072-2250

|  | | |
|---|---|---|
| RE: | Claim Number: | 75-7794-W43 |
|  | Date of Loss: | February 22, 2019 |
|  | Our Insured: | Sipriana Navarro |

Dear Sipriana Navarro:

This letter is a follow-up to our conversation regarding the settlement of the total loss to Sipriana Navarro's 2016 Toyota COROLLA 5YFBURHE9GP384605.

We have offered you $15,650.68, less any applicable deductible, for the total loss settlement on your 2016 Toyota COROLLA 5YFBURHE9GP384605.

| | |
|---|---|
| Actual cash value | $14,544.00 |
| Plus:   Taxes | + $1,381.68 |
| Fees | + $225.00 |
| Subtotal | $16,150.68 |
| | |
| Less: Deductible (if applicable) | - $500 |
| GROSS AMOUNT PAYABLE | $15,650.68 |
| | |
| Payment to Lienholder (if applicable) | - $10,900.32 |
| NET AMOUNT PAYABLE | $4,750.36 |

-------------------------------------------------------------------------------------------------------------

| | |
|---|---|
| If owner retained: | |
| GROSS AMOUNT PAYABLE | $N/A |
| Less: Salvage Value | - $N/A |
| AMOUNT PAYABLE IF OWNER RETAINED | $N/A |

Please contact us so that we may conclude this matter.

75-7794-W43
Page 2
March 1, 2019


Sincerely,



Michael Metzdorf
Claim Specialist

(855) 231-1590  Ext. 704
Fax:    (855) 666-0964

State Farm Mutual Automobile Insurance Company

 **Autosource**
Market-Driven Valuation™

State Farm Insurance is dedicated to delivering exceptional service to you in reference to your claim 75-7794-W4301 from loss date 02/22/2019 on a 2016 Toyota Corolla S 4D Sedan. State Farm Insurance has selected Audatex, an independent vehicle valuation company, to prepare a comprehensive vehicle valuation for your vehicle. This valuation report was prepared specifically for your vehicle and represents a fair and accurate value driven by the retail used vehicle market.

In these pages, you will find:
=> Vehicle Inspection
=> Market Overview
=> Valuation Detail

**Market Value**

$14,544



---

**The Valuation Process**

The breadth and depth of the Audatex used vehicle database makes Autosource the most comprehensive market-driven valuation process available. Audatex has been determining locally sensitive, fair, and accurate market values for vehicles since 1985, with more than 30 million vehicles valued. The Autosource Market Value includes vehicles for sale at dealerships and private party sellers, starting right in the local market.

---

**Valuation Detail**

**1. 2016 Toyota Corolla S 4D Sedan**

|  | Comparable 1 | Your Vehicle | Adjustments |
|---|---|---|---|
| Price | Downey, Ca |  | $14,991 |
| Odometer | 33,909 Mi(Actual) | 41,157 Mi(Actual) | -400 |
|  |  | Comparable 1 Adjusted Price | $14,591 |

**2. 2016 Toyota Corolla S 4D Sedan**

|  | Comparable 2 | Your Vehicle | Adjustments |
|---|---|---|---|
| Price | Los Angeles, Ca |  | $14,995 |
| Odometer | 26,035 Mi(Actual) | 41,157 Mi(Actual) | -830 |
|  |  | Comparable 2 Adjusted Price | $14,165 |

**3. 2016 Toyota Corolla S 4D Sedan**

|  | Comparable 3 | Your Vehicle | Adjustments |
|---|---|---|---|

2016 Toyota Corolla S 4D Sedan

| Price | Los Angeles, Ca | | $14,998 |
|---|---|---|---|
| Odometer | 43,468 Mi(Actual) | 41,157 Mi(Actual) | 125 |

| | | Comparable 3 Adjusted Price | $15,123 |
|---|---|---|---|

**4. 2016 Toyota Corolla S 4D Sedan**

| | Comparable 4 | Your Vehicle | Adjustments |
|---|---|---|---|
| Price | El Segundo, Ca | | $14,998 |
| Odometer | 28,414 Mi(Actual) | 41,157 Mi(Actual) | -700 |

| | | Comparable 4 Adjusted Price | $14,298 |
|---|---|---|---|
| | | **Final Market Value Calculation** | |
| 1.2016 Toyota Corolla S 4D Sedan | | | $14,591 |
| 2.2016 Toyota Corolla S 4D Sedan | | | $14,165 |
| 3.2016 Toyota Corolla S 4D Sedan | | | $15,123 |
| 4.2016 Toyota Corolla S 4D Sedan | | | $14,298 |

| | Average Price | $14,544 |
|---|---|---|
| **Total Condition Adjusted Market Value** | | **$14,544** |
| | Sales Tax 9.500% | 1,381.68 |
| | Deductible | -500.00 |
| | Net Adjusted Value | $15,425.68 |

This valuation was processed using our Multiple Comparable valuation methodology.

---

**Valuation Notes**

- o **Loss vehicle description was provided by State Farm Insurance**
- o **Adjustments of Special Note**
  - ▪ The requested Exception valuation has been processed using one or more Comparables in order to meet state regulatory requirements.
  - ▪ An odometer adjustment of 5.50 cents per mile/kilometer has been applied. This adjustment is based on the vehicle year, vehicle category and market area. Odometer adjustments are capped at 40% of the vehicle's starting value.
  - ▪ Typical miles for this 2016 Toyota Corolla in California is 45,675.
  - ▪ No special adjustments were made for this vehicle.
  - ▪ All values are in U.S. dollars.
- o **Autosource Valuation Process**
  - ▪ Over 9,000,000 vehicles are entered weekly into the database used for researching this value. This database includes dealer inspected, dealer inventory, dealer advertised, phone verified and advertised private party vehicles.
  - ▪ The originating search area for this valuation was Los Angeles, California.
  - ▪
- o **Other Adjustments or Comments**
  - ▪ This valuation does not include condition adjustments as the loss vehicle was reported in typical condition
  - ▪ The tax was calculated based on a date of loss of 02/22/2019 using zip 90002-3352, in Los Angeles, County, California. The city may vary from search area to reflect correct tax location.
- o **Correction Notes**
  - ▪ **Version 2**
    - ° On 03/01/19 changes to this request were completed as requested by Michael DW3S on behalf of State Farm Insurance. These changes are detailed below.
    - ° **Odometer**: changed from Not Actual to Actual, from 0mi to 41,157mi.

2016 Toyota Corolla S 4D Sedan

## Vehicle Description

# VIN: 5YFBURHE9GP384605

2016 Toyota Corolla S 4D Sedan
41,157 Miles Actual
4cyl Gasoline 1.8
Continuously Variable Tr

| Interior | Air Conditioning | Climate Control For A/C | Cruise Control |
|---|---|---|---|
| | Center Console | Sport Seats | Lighted Entry System |
| | Power Door Locks | Power Windows | Split Folding Rear Seat |
| | Velour/Cloth Seats | Leather Steering Wheel | Tachometer |
| | Trip Computer | Tire Pressure Monitor | Touch Screen Display |
| | Tilt & Telescopic Steer | | |
| Exterior | Rear Window Defroster | LED Headlamp(s) | Keyless Entry System |
| | Heated Power Mirrors | Rem Trunk-L/Gate Release | Rear Spoiler |
| | Tinted Glass | Ext Mirror Turn Signals | Steel Wheels |
| Mechanical | Electric Steering | Power Brakes | Stability Cntrl Suspensn |
| Safety | Dual Airbags | Anti-Lock Brakes | Driver Knee Airbag |
| | Daytime Running Lights | Fog Lights | Head Airbags |
| | 2nd Row Head Airbags | Rear View Camera | Side Airbags |
| | Traction Control System | Theft Deterrent System | |
| Entertainment | Auxiliary Audio Input | IPOD Control | 1st Row LCD Monitor(s) |
| | MP3 Decoder | AM/FM CD Player | Strg Wheel Radio Control |
| | Wireless Phone Connect | Wireless Audio Streaming | |
| Trim Levels | L, LE, LE Plus, ECO, *S, ECO Plus, S Plus CVT, Special Edition, S Plus Manual, LE Premium, ECO Premium, S Premium | | * Indicates your trim level |

A detailed description of your vehicle was provided to Autosource by a trained appraiser. Contact State Farm Insurance if revisions are necessary.

## Vehicle Condition

| | |
|---|---|
| **Seats** | Good |
| **Carpets** | Good |
| **Int Trim** | Good |
| **Glass** | Good |
| **Headliner** | Good |
| **Body** | Good |
| **Paint** | Good |
| **Ext Trim** | Good |
| **Engine** | Well Maintained |
| **Transmission** | Well Maintained |
| **Front Tires** | Good |

2016 Toyota Corolla S 4D Sedan

**Rear Tires**          Good

---

## Market Overview



### 🛈 What is my Vehicle Market Value based on?

**90002-3352, Los Angeles California**--Research for your vehicle was based on market analysis originating from your zip code.

Fair and accurate market valuations must balance geographic location with comparability of one vehicle to others. Having the largest and most current database of vehicles for sale provides a comprehensive view of your vehicle's market. In addition to the vehicle inventories received directly from dealerships, Autosource finds comparable vehicle information for vehicles in the same places most buyers look for them--local and national internet websites, vehicle guides, publications and partnerships representing more than 10,000 independent vehicle sources.

### 🛈 How did Autosource make adjustments for my vehicle?

The main factors that affect the retail selling price and marketability of a vehicle are **odometer, equipment and condition**. Therefore, Autosource valuations include adjustments that fairly consider the differences between your vehicle and the typical vehicle found in the market.

- **Odometer**
  - Adjustments are made to account for the odometer differences between the loss vehicle and comparable(s).
  - The odometer adjustment is based on 5.50 cents per mile specific to the 2016 Toyota Corolla S 4D Sedan in the state of California. Odometer adjustments are capped at 40% of the vehicle's starting value.
- **Equipment**
  - Adjustments are made to account for the differences in equipment between the loss vehicle and comparable(s).
  - Equipment adjustments are based on the manufacturer's retail price, adjusted for depreciation
- **Condition**
  - Typical condition is based on hundreds of inspected vehicles
  - Condition adjustments are based on a percentage of the vehicle's value

---

## Comparable Vehicle Details

The following information provides the details for the vehicles used to calculate the Autosource Value. The selling price may be substantially less than the asking price. Where indicated, the asking price has been adjusted to account for typical negotiation according to each comparables price.

---

1   **2016 Toyota Corolla S 4D Sedan**                                                                      **$14,991**

Stock# D6303P. 33909 Miles. 4 Cylinder 1.8 Engine, Continuously Variable Tr, Climate Control For A/C, Auxiliary Audio Input, Anti-Lock Brakes, Air Conditioning, Cruise Control, AM/FM CD Player, Center Console, Dual Airbags, Rear Window Defroster, Heated Power Mirrors, Driver Knee Airbag, Daytime Running Lights, Electric Steering, Fog Lights, Head Airbags, IPOD Control, Keyless Entry System, 1st Row LCD Monitor(s), LED Headlamp(s), Lighted Entry System, Leather Steering Wheel, MP3 Decoder, Power Brakes, Power Door Locks, Power Windows, 2nd Row Head Airbags, Rem Trunk-L/Gate Release, Rear View Camera, Side Airbags, Stability Cntrl Suspensn, Split Folding Rear Seat, Rear Spoiler, Sport Seats, Steel Wheels, Strg Wheel Radio Control, Tachometer, Trip Computer, Traction Control System, Theft Deterrent System, Tinted Glass, Tire Pressure Monitor, Touch Screen Display, Ext Mirror Turn Signals, Tilt & Telescopic Steer, Velour/Cloth Seats, Wireless Phone Connect, Wireless Audio Streaming, Blue Tooth Communications, Wireless Phone Connectivity, RADIO DATA SYSTEM, Shift Knob.

Offered for sale by Dealer in Downey, CA, (562) 382-6107. Vehicle information by Cars.com on 02/27/19. VIN Not Advertised.

---

2   **2016 Toyota Corolla S 4D Sedan**                                                                      **$14,995**

---

Stock# PT00412. 26035 Miles. 4 Cylinder 1.8 Engine, Continuously Variable Tr, Climate Control For A/C, Auxiliary Audio Input, Anti-Lock Brakes, Air Conditioning, Cruise Control, AM/FM CD Player, Center Console, Dual Airbags, Rear Window Defroster, Heated Power Mirrors, Driver Knee Airbag, Daytime Running Lights, Electric Steering, Fog Lights, Head Airbags, IPOD Control, Keyless Entry System, 1st Row LCD Monitor(s), LED Headlamp(s), Lighted Entry System, Leather Steering Wheel, MP3 Decoder, Power Brakes, Power Door Locks, Power Windows, 2nd Row Head Airbags, Rem Trunk-L/Gate Release, Rear View Camera, Side Airbags, Stability Cntrl Suspensn, Split Folding Rear Seat, Rear Spoiler, Sport Seats, Steel Wheels, Strg Wheel Radio Control, Tachometer, Trip Computer, Traction Control System, Theft Deterrent System, Tinted Glass, Tire Pressure Monitor, Touch Screen Display, Ext Mirror Turn Signals, Tilt & Telescopic Steer, Velour/Cloth Seats, Wireless Phone Connect, Wireless Audio Streaming, Child Safety Locks, Original Owner of Vehicle, Blue Tooth Communications.

Offered for sale by Dealer in Los Angeles, CA, (626) 324-5118. Vehicle information by *Leading Internet Auto Site on 02/24/19. VIN Not Advertised.

| 3 | **2016 Toyota Corolla S 4D Sedan** | **2T1BURHE6GC633927** | **$14,998** |

Stock# TU4326. 43468 Miles. 4 Cylinder 1.8 Engine, Continuously Variable Tr, Climate Control For A/C, Auxiliary Audio Input, Anti-Lock Brakes, Air Conditioning, Cruise Control, AM/FM CD Player, Center Console, Dual Airbags, Rear Window Defroster, Heated Power Mirrors, Driver Knee Airbag, Daytime Running Lights, Electric Steering, Fog Lights, Head Airbags, IPOD Control, Keyless Entry System, 1st Row LCD Monitor(s), LED Headlamp(s), Lighted Entry System, Leather Steering Wheel, MP3 Decoder, Power Brakes, Power Door Locks, Power Windows, 2nd Row Head Airbags, Rem Trunk-L/Gate Release, Rear View Camera, Side Airbags, Stability Cntrl Suspensn, Split Folding Rear Seat, Rear Spoiler, Sport Seats, Steel Wheels, Strg Wheel Radio Control, Tachometer, Trip Computer, Traction Control System, Theft Deterrent System, Tinted Glass, Tire Pressure Monitor, Touch Screen Display, Ext Mirror Turn Signals, Tilt & Telescopic Steer, Velour/Cloth Seats, Wireless Phone Connect, Wireless Audio Streaming, Blue Tooth Communications, Wireless Phone Connectivity, RADIO DATA SYSTEM, Shift Knob.

Offered for sale by Toyota Of Downtown Los Angeles in Los Angeles, CA, (213) 748-8301. Vehicle information by Cars.com on 02/27/19.

| 4 | **2016 Toyota Corolla S 4D Sedan** | | **$14,998** |

Stock# 17010686. 28414 Miles. 4 Cylinder 1.8 Engine, Continuously Variable Tr, Climate Control For A/C, Auxiliary Audio Input, Anti-Lock Brakes, Air Conditioning, Cruise Control, AM/FM CD Player, Center Console, Dual Airbags, Rear Window Defroster, Heated Power Mirrors, Driver Knee Airbag, Daytime Running Lights, Electric Steering, Fog Lights, Head Airbags, IPOD Control, Keyless Entry System, 1st Row LCD Monitor(s), LED Headlamp(s), Lighted Entry System, Leather Steering Wheel, MP3 Decoder, Power Brakes, Power Door Locks, Power Windows, 2nd Row Head Airbags, Rem Trunk-L/Gate Release, Rear View Camera, Side Airbags, Stability Cntrl Suspensn, Split Folding Rear Seat, Rear Spoiler, Sport Seats, Steel Wheels, Strg Wheel Radio Control, Tachometer, Trip Computer, Traction Control System, Theft Deterrent System, Tinted Glass, Tire Pressure Monitor, Touch Screen Display, Ext Mirror Turn Signals, Tilt & Telescopic Steer, Velour/Cloth Seats, Wireless Phone Connect, Wireless Audio Streaming, Blue Tooth Communications, Wireless Phone Connectivity, RADIO DATA SYSTEM, Shift Knob.

Offered for sale by CarMax in El Segundo, CA, (310) 341-0224. CarMax is a "haggle free" dealer. Vehicle information by Cars.com on 02/23/19. VIN Not Advertised.

## Administrative Data

| | |
|---|---|
| Michael DW3S | Claimant |
| State Farm Insurance | Insured  Navarro, Sipriana |
| AZ Property Injury Unit Branch | Claim  75-7794-W4301 |
| 2700 South Sunland Dr | Loss Date  02/22/2019 |
| Tempe AZ 85282 | Loss Type  Collision |
| | Policy |
| | Other |

License Expiration  2019-12

## VINSOURCE Analysis

VIN  5YFBURHE9GP384605

Decodes as 2016 Toyota Corolla S 4D Sedan

Accuracy  Decodes Correctly

2016 Toyota Corolla S 4D Sedan

History Activity was reported

AudaVIN No

- ○ **Autosource activity: (NONE).**
- ○ **Autotrak activity: (NONE).**
- ○ **Sales history activity: (NONE)**

---

**Reported Phone Number Analysis**

No Vehicles Advertised at (323) 717-0806

No Vehicles Advertised at (323) 241-9114

---

**NICB Report**

NICB/ISO S037 STATE FARM MUTUAL AUTOMOBILE INSURANCE
Member COMPANY
Claim 757794W43                     Loss Date 02/22/19
Type of Loss PROPERTY/CASUALTY                     Phone

---

**Recall Bulletins**

No recall bulletins have been issued that apply to this vehicle

---

**Original Equipment Guide**

| Engine Options | | Transmission Options | |
|---|---|---|---|
| * 4 Cylinder 1.8 Engine | STD | * Continuously Variable Tr | STD |
| **Other Optional Equipment** | | **Convenience Options** | |
| * Anti-Lock Brakes | STD | * Climate Control For A/C | STD |
| All-Weather Mats (Floor) | | * Air Conditioning | STD |
| Bodyside Moldings | $209 | Cargo/Trunk Mat | |
| * Center Console | STD | * Cruise Control | STD |
| Interior Cargo Tray | $100 | Cargo/Trunk Net | $49 |
| * Dual Airbags | STD | * Rear Window Defroster | STD |
| * Driver Knee Airbag | STD | * Daytime Running Lights | STD |
| * Fog Lights | STD | Floor Mats | |
| * Head Airbags | STD | Mud/Splash Guards | $129 |
| * Keyless Entry System | STD | * Rem Trunk-L/Gate Release | STD |
| * 1st Row LCD Monitor(s) | STD | * Rear View Camera | STD |
| * LED Headlamp(s) | STD | Smoker's Package | $29 |
| * Lighted Entry System | STD | * Strg Wheel Radio Control | STD |
| * Leather Steering Wheel | STD | * Tire Pressure Monitor | STD |
| Paint Protective Film | $395 | * Tilt & Telescopic Steer | STD |
| * 2nd Row Head Airbags | STD | **Radio/Phone/Alarm Options** | |
| * Side Airbags | STD | * Auxiliary Audio Input | STD |
| * Stability Cntrl Suspensn | STD | * AM/FM CD Player | STD |
| * Rear Spoiler | STD | * IPOD Control | STD |
| * Tachometer | STD | * MP3 Decoder | STD |
| * Trip Computer | STD | * Theft Deterrent System | STD |

2016 Toyota Corolla S 4D Sedan

| | | | | | |
|---|---|---|---|---|---|
| * | Traction Control System | STD | * | Touch Screen Display | STD |
| * | Tinted Glass | STD | | **Power Accessories** | |
| * | Ext Mirror Turn Signals | STD | * | Heated Power Mirrors | STD |
| | Wheel Locks | $67 | * | Electric Steering | STD |
| * | Wireless Phone Connect | STD | * | Power Brakes | STD |
| * | Wireless Audio Streaming | STD | * | Power Door Locks | STD |
| | **Seat Options** | | * | Power Windows | STD |
| * | Split Folding Rear Seat | STD | | **Wheel Options** | |
| * | Sport Seats | STD | * | Steel Wheels | STD |
| * | Velour/Cloth Seats | STD | | | |
| | Vinyl Seats | | | | |

**Option Packages**

| | | |
|---|---|---|
| All Weather Package | $200 | Includes All-Weather Mats (Floor), Interior Cargo Tray |
| Body Protection Package | $485 | Includes Bodyside Moldings, Door Sill Enhancements, Rear Bumper Protector |
| Cargo Tote | $49 | |
| Carpeted Mat Kit | $225 | Includes Cargo/Trunk Mat, Floor Mats |
| Door Edge Guard(s) | $125 | |
| Door Sill Enhancements | $197 | |
| Emergency Assistance Kit | $59 | |
| Entune Audio Plus | $675 | |
| First-Aid Kit | $30 | |
| Floor Mat Package | $325 | Includes Cargo/Trunk Mat, Carpeted Mat Kit |
| Illuminated Door Sills | $309 | |
| Protection Package | $353 | Includes Cargo/Trunk Net, Rear Bumper Protector, Carpeted Mat Kit |
| Rear Bumper Protector | $79 | |
| TRD Air Filter | $80 | |
| TRD Exhaust Sys | $649 | |
| TRD Sway Bar | $300 | |

| | | |
|---|---|---|
| | Base retail price | $20,200 |
| **Loss Vehicle manufacturer's suggested retail price as reported** | | **$20,200** |

Editions available for the same body style (in order of original cost, increasing): L, LE, LE Plus, ECO, *S, ECO Plus, S Plus CVT, Special Edition, S Plus Manual, LE Premium, ECO Premium, S Premium

* Indicates loss vehicle equipment.

## About Your Valuation

This report contains proprietary information of Audatex and third parties and shall not be disclosed to any third party (other than the insured or claimant) without Audatex's prior written consent. If you are the insured or claimant and have questions regarding the description of your vehicle, please contact the insurance company that is handling your claim. Information within VINsource/NICB is provided solely to identify potential duplicative claims activity. User agrees to use such information solely for lawful purposes.

Tax rates contained herein are based on general sales tax data provided by Vertex Inc. Excise, use, registration, licensing and other taxes and fees that may be applicable are not included. Audatex makes no representations or warranties concerning the applicability or accuracy of such tax data.

2016 Toyota Corolla S 4D Sedan

**California Regulatory Statement**

For your protection California law requires the following to appear on this form: Any person who knowingly presents false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison. False representations made on a signed auto theft claim form subject the insured to a penalty of perjury.

Report Generated by Audatex, a Solera Company



US Pat. No 7912740B2

US Pat. No 8200513B2

US Pat. No 8468038B2

US Pat. No 8725544

© 2019 Audatex North America, Inc. All Rights Reserved.

1

# PROOF OF SERVICE

2   I am employed in the County of San Diego, State of California.  I am over the age of eighteen years and not a party to the within action.  My business address is
3   501 West Broadway, Suite 1200, San Diego, CA 92101.

4   On November 30, 2020, I served the following document(s) described as **DEFENDANTS' NOTICE OF REMOVAL OF ACTION TO FEDERAL**
5   **COURT; DECLARATION OF STEVEN J. SCORDAKIS IN SUPPORT THEREOF** on the interested parties in this action as follows:
6

7   Hussein H. Saleh, Esq.
THE DOMINGUEZ FIRM
3250 Wilshire Boulevard, Suite 2200
8   Los Angeles, CA  90010
Tel:  213.388.7788 | Fax:  213.388.9540
9   Email:  hussein.saleh@dominguezfirm.com
**Attorneys for Plaintiff SIPRIANA NAVARRO**
10

11   **ONLY BY ELECTRONIC TRANSMISSION**. Only by e-mailing from e-mail address mstumbaugh@wshblaw.com the document(s) to the persons at the e-
12   mail address(es) listed based on notice provided that, during the Coronavirus (COVID-19) pandemic, this office will be working remotely, not able to send
13   physical mail as usual, and is therefore using only electronic mail. No electronic message or other indication that the transmission was unsuccessful was received
14   within a reasonable time after the transmission.

15   **BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.
16   Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will
17   be served by mail or by other means permitted by the court rules.

18   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office
19   of a member of the bar of this Court at whose direction the service was made.

20   Executed on November 30, 2020, at San Diego, California.

21

22   */s/ Marvellen A. Stumbaugh*
23   Maryellen A. Stumbaugh

24

25

26

27

28

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619-849-4900 ♦ FAX 619-849-4950

16178951.1:10092-0090

-1-

DEFENDANT KNIGHT TRANSPORTATION, INC.'S NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT; DECLARATION OF STEVEN J. SCORDAKIS IN SUPPORT THEREOF