Wyeth E. Burrows (State Bar No. 203851)
Wburrows@wshblaw.com
Steven J. Scordakis (State Bar No. 328752)
Sscordakis@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
501 West Broadway, Suite 1200
San Diego, California 92101
Phone: 619-849-4900 ♦ Fax: 619-849-4950

Attorneys for Defendant, KNIGHT TRANSPORTATION, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| SIPRIANA NAVARRO,<br><br>    Plaintiff,<br><br>v.<br><br>KNIGHT TRANSPORTATION, INC.; MELISSA PRATT; and DOES 1 TO 50, Inclusive,<br><br>    Defendants. | Case No.<br><br>**DEFENDANT KNIGHT TRANSPORTATION, INC.'S FRCP 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>The Hon.:<br><br>Trial Date:    None Set |

**TO THE CLERK FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to Federal Rules of Civil Procedure 7.1, the undersigned, counsel of record for Defendant, hereby provides the following disclosure pursuant to FRCP 7.1.

/ / /

/ / /

/ / /

/ / /

1   KNIGHT TRANSPORTATION, INC. discloses that it has no parent corporation or
2   publicly held corporation that owns 10% or more of its stock.

3   DATED: November 30, 2020         WOOD, SMITH, HENNING & BERMAN LLP

By:   */s/ Wyeth E. Burrows*
      WYETH E. BURROWS
      STEVEN J. SCORDAKIS
Attorneys for Defendant, KNIGHT
TRANSPORTATION, INC.

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619-849-4900 ♦ FAX 619-849-4950

# PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 501 West Broadway, Suite 1200, San Diego, CA 92101.

On November 30, 2020, I served the following document(s) described as **DEFENDANT KNIGHT TRANSPORTATION, INC.'S FRCP 7.1 CORPORATE DISCLOSURE STATEMENT** on the interested parties in this action as follows:

Hussein H. Saleh, Esq.
THE DOMINGUEZ FIRM
3250 Wilshire Boulevard, Suite 2200
Los Angeles, CA  90010
Tel:  213.388.7788 | Fax:  213.388.9540
Email:  hussein.saleh@dominguezfirm.com
**Attorneys for Plaintiff SIPRIANA NAVARRO**

**ONLY BY ELECTRONIC TRANSMISSION**. Only by e-mailing from e-mail address mstumbaugh@wshblaw.com the document(s) to the persons at the e-mail address(es) listed based on notice provided that, during the Coronavirus (COVID-19) pandemic, this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 30, 2020, at San Diego, California.

*/s/ Marvellen A. Stumbaugh*
Maryellen A. Stumbaugh

16178364.1:10092-0090

-1-

DEFENDANT KNIGHT TRANSPORTATION, INC.'S FRCP 7.1 CORPORATE DISCLOSURE STATEMENT